# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAN ALDRIDGE, an individual; and GERMAIN PARRA, an individual.<br><br>Plaintiffs,<br><br>v.<br><br>TECHNOLOGY AND SUPPLY MANAGEMENT, LLC a Virginia Limited Liability Company; SCOTT J. NOVAK, an individual, and DOES 1-10.<br><br>Defendants. | Case No. 2:18-cv-01081-GW-AGR<br><br>**[PROPOSED] STIPULATED JUDGMENT AND ORDER** |

Plaintiffs Van Aldridge and Germain Parra (collectively "Plaintiffs") commenced this civil action on February 8, 2018 against Technology and Supply Management, LLC ("TaSM") and Scott J. Novak (collectively "Defendants") to obtain damages, civil penalties, and other relief. Plaintiffs filed a First Amended Complaint on April 18, 2018 and a Second Amended Complaint July 4, 2018. The Second Amended Complaint alleges, *inter alia*, violations of the Fair Labor Standards Act ("FLSA") (29 U.S.C. § 201), the California Labor Code, and the Arizona Wage Act in connection with TaSM's alleged failure to pay wages due to Plaintiffs, and alleges that Defendant Scott J. Novak is liable to Plaintiffs as an employer under the FLSA for monies due to Plaintiffs for alleged violations of the FLSA.

On October 22, 2018, the Parties attended mediation and agreed to settle the dispute.

The Parties, by and through their respective counsel, now jointly request that the Court enter this Stipulated Final Judgment and Order ("Stipulated Judgment").

## I. FINDINGS

1. The Court has jurisdiction over the Parties and the subject matter of this action.

2. The Parties agree to entry of this Stipulated Judgment, without adjudication of the remaining issues of fact or law pleaded in the Second Amended Complaint, to settle and resolve all matters in dispute arising from the conduct alleged in the Second Amended Complaint to the date this Stipulated Judgment is entered. (A copy of the Settlement Agreement is annexed hereto and made a part hereof.)

3. Defendants neither admit nor deny any allegations in the Second Amended Complaint, except as stated in this Stipulated Judgment, including the annexed Settlement Agreement. For purposes of this Stipulated Judgment, Defendants admit the facts necessary to establish the Court's jurisdiction over them and the subject matter of this action.

4. As part of the settlement reached by the Parties, Defendant TaSM agreed

to pay Plaintiff Aldridge a gross settlement amount of $8,311.58 and Plaintiff Parra the gross settlement amount of $2,824.20 which represented the amount of accrued but unused Paid Time Off Plaintiffs had at the time their employment terminated, which sums have been tendered and paid to Plaintiffs by TaSM.

5. As further part of the settlement reached by the Parties, the Parties agreed to entry of this Stipulated Judgment.

## II. ORDER

**IT IS HEREBY ORDERED** as follows:

1. A judgment for monetary relief and damages is entered in favor of Plaintiffs and against Defendant TaSM as follows:

   a. In favor of Plaintiff Aldridge in the amount of $16,900; and

   b. In favor of Plaintiff Parra in the amount of $15,600.

2. A judgment of dismissal with prejudice is entered in favor of Defendant Scott J. Novak for all claims and allegations in the Second Amended Complaint.

3. Within 14 days of entry of this Stipulated Order, counsel for Plaintiffs may petition the Court for attorneys' fees and costs incurred in this action. Further, a supplemental fee petition may be filed for attorneys' fees and costs incurred for necessary tasks following the filing of the aforementioned fee petition. The briefing on any fee petition filed in this action will be governed by the applicable Federal Rules of Civil Procedure and applicable local and chamber rules.

4. Any attorneys' fees or costs awarded in this matter will be included in a Final Judgment entered by this Court.

5. This Court retains jurisdiction of this matter for purposes of construction, modification, and enforcement of this Stipulated Order.

[Remainder of page intentionally left blank.]

## **SIGNATURES OF THE PARTIES**

DATED: _____        _____
                                Van Aldridge

DATED: _____        _____
                                Germain Parra


DATED: _____        _____
                                Scott J. Novak


DATED: November 25, 2018        Technology and Supply Management, LLC

                                By: _M. B_____

                                Its: _President_____


## **APPROVED AS TO FORM**

DATED: _____        PEREZ VAUGHN & FEASBY Inc.


                                _____
                                Christopher W. Rowlett
                                Attorneys for Plaintiffs


                                LAW OFFICES OF TIMOTHY L. JOENS


DATED: _____        _____
                                Timothy L. Joens
                                Attorneys for Defendants

## SIGNATURES OF THE PARTIES

DATED: _____    _____
                          Van Aldridge

DATED: _____    _____
                          Germain Parra

DATED: _____    _____
                          Scott J. Novak

DATED: _____    Technology and Supply Management, LLC
                          By: _____
                          Its: _____

## APPROVED AS TO FORM

DATED: _____    PEREZ VAUGHN & FEASBY Inc.

                          _____
                          Christopher W. Rowlett
                          Attorneys for Plaintiffs

                          LAW OFFICES OF TIMOTHY L. JOENS

DATED: 11-28-15           _____
                          Timothy L. Joens
                          Attorneys for Defendants

[Remainder of page intentionally left blank.]

**SIGNATURES OF THE PARTIES**

DATED: 11/26/2018        /s/ Van Aldridge
                         Van Aldridge

DATED: _____   _____
                         Germain Parra

DATED: _____   _____
                         Scott J. Novak

DATED: _____   Technology and Supply Management, LLC
                         By: _____
                         Its: _____

**APPROVED AS TO FORM**

DATED: _____   PEREZ VAUGHN & FEASBY Inc.

                         _____
                         Christopher W. Rowlett
                         Attorneys for Plaintiffs

                         LAW OFFICES OF TIMOTHY L. JOENS

DATED: _____   _____

4

## SIGNATURES OF THE PARTIES

DATED: _____  _____
                                Van Aldridge

DATED: 4/26/18  _[signature]_____

                                Germain Parra

DATED: _____  _____
                                Scott J. Novak


DATED: _____  Technology and Supply Management, LLC
                                By: _____
                                Its: _____

## APPROVED AS TO FORM

DATED: 11/28/2018              PEREZ VAUGHN & FEASBY Inc.

                                _[signature]_____
                                Christopher W. Rowlett
                                Attorneys for Plaintiffs


                                LAW OFFICES OF TIMOTHY L. JOENS

DATED: _____  _____
                                Timothy L. Joens
                                Attorneys for Defendants

3

# **JUDGMENT AND ORDER**

IT IS SO ADJUDGED AND ORDERED

DATED: November 28, 2018

_____
Hon. George H. Wu
United States District Judge