John D. Vaughn, State Bar No. 171801
Christopher W. Rowlett, State Bar No. 257357
PEREZ VAUGHN & FEASBY
600 B Street, Suite 2100
San Diego, California 92101
Telephone: 619.702.8044
Facsimile: 619.460.0437
E-Mail: vaughn@pvflaw.com

Attorneys for Plaintiffs

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VAN ALDRIDGE, an individual; and GERMAIN PARRA, an individual.<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>TECHNOLOGY AND SUPPLY MANAGEMENT, LLC a Virginia Limited Liability Company; SCOTT J. NOVAK, an individual, and DOES 1-10.<br><br>　　　　Defendants. | Case No. 2:18-cv-01081-GW-AGR<br><br>**PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR ATTORNEYS' FEES AND COSTS**<br><br><br>Date:　　　January 17, 2019<br>Time:　　　8:30 a.m.<br>Courtroom: 9D |

{01693693;v1 }

**TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on January 17, 2019, at 8:30 a.m., or as soon thereafter as the matter may be heard before the Honorable George H. Wu of United States District Court, United States Courthouse located at 350 W. 1st Street, Los Angeles, CA, 90012, Courtroom 9D, Plaintiffs Van Aldridge and Germain Parra will move the Court pursuant to Federal Rule of Civil Procedure 54 and Local Rule 54-10 for an award of attorneys' fees in the amount of $160,607.50 and additional costs not included on its Bill of Costs in the amount of $884.24. As the prevailing parties in this case, Plaintiffs are entitled to such an award under applicable federal, California and Arizona law. These amounts should be awarded against defendant Technology and Supply Management, LLC.

This motion is based on this notice, the memorandum of points and authorities, the declaration of Christopher W. Rowlett filed concurrently herewith, and the declaration of Peter Rosenzweig filed concurrently herewith, the matters of which this Court may be requested to take judicial notice, and upon such other matters, whether written or oral, as may be presented to the Court at or prior to the hearing on this motion.

DATED: December 12, 2018    PEREZ VAUGHN & FEASBY INC.

By: /s/ Christopher W. Rowlett
John D. Vaughn
Christopher W. Rowlett
Attorneys for Plaintiffs