John D. Vaughn, State Bar No. 171801
Christopher W. Rowlett, State Bar No. 257357
PEREZ VAUGHN & FEASBY
600 B Street, Suite 2100
San Diego, California 92101
Telephone: 619.702.8044
Facsimile: 619.460.0437
E-Mail: vaughn@pvflaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

VAN ALDRIDGE, an individual; and
GERMAIN PARRA, an individual.

      Plaintiffs,

      v.

TECHNOLOGY AND SUPPLY
MANAGEMENT, LLC a Virginia
Limited Liability Company; SCOTT J.
NOVAK, an individual, and DOES 1-
10.

      Defendants.

Case No. 2:18-cv-01081-GW-AGR

**DECLARATION OF
CHRISTOPHER W. ROWLETT IN
SUPPORT OF PLAINTIFFS'
MOTION FOR ATTORNEYS' FEES
AND COSTS**

{01693693;v1 }

I, Christopher W. Rowlett, declare:

1.     I am an attorney at law, duly licensed to practice law in the State of California, and am one of the attorneys for Plaintiffs Van Aldridge and Germain Parra ("Plaintiffs") in the above-captioned matter. I have personal knowledge of the facts set forth in this declaration, and if called upon to testify thereto, would do so competently.

2.     As one of the attorneys for Plaintiffs, I am intimately familiar with the details of this case and all that has taken place over the past 10 months, including all work that has been done by my firm and Mr. Rosenzweig's firm throughout this case, all written discovery conducted by both parties and all of the documents that have been produced, all motions that have been filed, all preparations of this case for mediation, and the conduct of the mediation. I am also familiar with all attorneys' fees and costs that have been incurred by my client relating directly to this case, as well as the invoices my firm has generated for this matter, which are maintained in our office as a part of the normal course of business.

3.     Attached as Exhibit 1 to this declaration is a billing summary detailing the work performed by Pérez Vaughn & Feasby Inc. ("PVF") relating to the firm's representation of Plaintiffs in this action. The summary reflects the time spent by each of the professionals at PVF that provided services on this case as well as certain costs that were advanced by PVF. The summary has been redacted to remove certain attorney-client communications and attorney work product. All of the time reflected in the summary was necessary and reasonable in light of the length that this case has been pending, the many issues involved, the motion filed by Defendants, the discovery that was required, and the worked required to prepare for the ultimately successful mediation.

4.     This case was actively litigated for the better part of ten months. During that time, Plaintiffs filed an amended complaint in response to concerns about the original Complaint raised by Defendants (Dkt. 22), successfully opposed

Defendants' motion to dismiss portions of the plaintiffs' First Amended Complaint (Dkt. 30), filed a Second Amended Complaint (Dkt. 34), contemplated a motion for summary adjudication relating to some of Plaintiff's claims, prepared for and attended a mediation at which all claims were resolved.

5.    In addition, the parties engaged in discovery. Plaintiffs responded to eight sets of discovery requests: requests for production and interrogatories served on each plaintiff by both defendants.  Plaintiffs secured declarations from multiple third party witnesses.    Between the parties, several hundred documents were produced and reviewed.  Plaintiffs amended their Rule 26 disclosures three times to disclose additional information, some of which were done at Defendants' request. Plaintiffs served deposition notices for TASM and one of its principals.  The parties worked to scheduled that deposition multiple times, with Defendants unilaterally taking it off calendar on one occasion.

6.    I was Plaintiffs' lead counsel and had primary responsibility for this case for PVF. I obtained my law degree from the University of Michigan in 2007. I have over 11 years of litigation experience and is admitted to practice law in California and Michigan. I started my career as an associate in the Complex Business Litigation Department at Luce, Forward, Hamilton & Scripps LLP, and subsequently McKenna, Long & Aldridge LLP in San Diego. I then returned to Michigan for a few years where I was a partner at Honigman Miller Schwartz & Cohn in Detroit, and a member of that firm's Labor and Employment Practice Group. In 2016, I joined PVF as a partner. I have extensive experience handling wage and hour cases; representing both plaintiffs and defendants.  I handle both large, national wage and hour class and collective actions, and smaller, single or multi-plaintiff matters.  My hourly rate is $450.  Based on my experience, I believe this rate is reasonable for Southern California for comparable attorneys. I spent 158.0 hours representing Plaintiffs in this matter through December 12, 2018. It is anticipated that Mr. Rowlett will spend an additional 10 hours relating to the present

motion as well as Plaintiffs' motion to amend the judgment. Therefore, the total fee award that Plaintiffs is seeking for Mr. Rowlett's work on this matter is $75,600.

7.      My partner John Vaughn also spent significant time working on this case. Mr. Vaughn is a founding partner of PVF. He has over 25 years of experience with a national trial and arbitration practice and expertise in complex commercial litigation matters, securities fraud claims, employment disputes, FINRA arbitrations, injunction cases, unfair competition and trade secret cases, and general business litigation matters. From 2001 to 2011, Mr. Vaughn was a partner with me at Luce, Forward, Hamilton & Scripps LLP, where he Chaired the firm-wide Complex Business Litigation Department. Mr. Vaughn joined McKenna, Long & Aldridge LLP as a partner in 2011 and founded and Chaired that firm's FINRA Dispute Resolution Practice Group. Mr. Vaughn's normal hourly rate is $585, but he agreed to a rate of $495/hour to represent Plaintiffs in this case. Based upon my experience, I believe this rate is reasonable for Southern California for comparable attorneys. Mr. Vaughn spent 22.20 hours representing Plaintiffs in this matter through December 12, 2018. Therefore, the total fee award that Plaintiffs seek for Mr. Vaughn's work on this matter is $10,989.

8.      Attorney Peter Rosenzweig assisted us in representing Plaintiffs in this matter and advised on some of the issues related to wage and hour laws generally, as well as specific issues related to TASM's specific industry.  As detailed in Mr. Rosenzweig's declaration filed concurrently herewith, he has extensive experience in wage and hour cases involving employers in TASM's specific industry, unmanned aerial vehicles.  Mr. Rosenzweig's experience and relationships in the industry were invaluable in prosecuting this case and ultimately securing a positive resolution at mediation.  The hours Mr. Rosenzweig, and other members of his firm, spent on this matter are detailed in his declarations and the attachments thereto.

9.      Based on the forgoing, Plaintiffs seeks a total award of $160,607.50 in reasonable attorneys' fees.

3

10.     Attached as Exhibit 2 is a true and accurate copy of the Laffey Matrix from the website www.laffeymatrix.com, printed on December 12, 2018. According to the Laffey Matrix, for the period June 1, 2018 through May 31, 2019, the hourly rate for an attorney who is 11-19 years out of law school (like me) is $742, and the hourly rate for an attorney who is more than 20 years out of law school (like Mr. Vaughn and Mr. Rosenzweig) is $894.  These rates are stated for the Washington – Baltimore area, which has a lower cost of living than the Los Angeles area.

11.     PVF incurred $32.60 in overnight delivery charges in this litigation.

I declare under penalty of perjury under the laws of the State California that the foregoing is true and correct, and that this declaration was executed on December 12, 2018.


/s/ Christopher W. Rowlett
Christopher W. Rowlett

EXHIBIT 1

# Perez Vaughn & Feasby Inc. - Christopher W. Rowlett Time Entry

| Date | Matter | User | Description | Billable Time | Hourly Rate | Billable Amt |
|------|--------|------|-------------|---------------|-------------|--------------|
| **Wage and Hour Claim** | | | | | | |
| 01/03/2018 | TaSM | CWR | Conference with Mr. Rosenzweig regarding ------ (0.40). | 0.40 | $450.00/hr | $180.00 |
| 01/18/2018 | TaSM | CWR | Conference with clients regarding status and drafting Complaint (0.80). | 0.80 | $450.00/hr | $360.00 |
| 01/19/2018 | TaSM | CWR | Correspond and conference with Mr. Rosenzweig regarding status and strategy. | 0.30 | $450.00/hr | $135.00 |
| 01/24/2018 | TaSM | CWR | Draft and revise Complaint (1.60). | 1.60 | $450.00/hr | $720.00 |
| 01/25/2018 | TaSM | CWR | Draft and revise Complaint (2.10). | 2.10 | $450.00/hr | $945.00 |
| 01/26/2018 | TaSM | CWR | Draft and revise Complaint (3.30). | 3.30 | $450.00/hr | $1,485.00 |
| 01/29/2018 | TaSM | CWR | Correspond with Mr. Rosenzweig regarding Complaint (0.30). | 0.30 | $450.00/hr | $135.00 |
| 01/31/2018 | TaSM | CWR | Correspond with Mr. Rosenzweig regarding Complaint (0.30). | 0.30 | $450.00/hr | $135.00 |
| 02/01/2018 | TaSM | CWR | Revise Complaint (1.30). | 1.30 | $450.00/hr | $585.00 |
| 02/02/2018 | TaSM | CWR | Draft and revise Complaint (1.00); Research and analyze------- (1.10). | 2.10 | $450.00/hr | $945.00 |
| 02/07/2018 | TaSM | CWR | Correspond with Mr. Rosenzweig regarding ------ (0.30); Draft and revise Complaint (1.00). | 1.30 | $450.00/hr | $585.00 |
| 02/08/2018 | TaSM | CWR | Finalize and file Complaint (0.80); Draft, revise and file civil case cover sheet and requests for summons (0.80). | 1.60 | $450.00/hr | $720.00 |
| 02/12/2018 | TaSM | CWR | Correspond with Mr. Rosenzweig regarding ----- (0.30); Correspond with attorney service regarding courtesy copy delivery (0.20). | 0.50 | $450.00/hr | $225.00 |
| 02/13/2018 | TaSM | CWR | Draft, revise and file Notice of Interested Parties (0.30); Revise and file requests for summons (0.20); Correspond and conference with attorney service regarding courtesy copies (0.30); Correspond with Mr. Rosenzweig regarding PHV application and service of process (0.30). | 1.10 | $450.00/hr | $495.00 |
| 02/14/2018 | TaSM | CWR | Correspond with attorney service regarding service (0.20); Correspond with Mr. Rosenzweig regarding ----- (0.20). | 0.40 | $450.00/hr | $180.00 |
| 02/20/2018 | TaSM | CWR | Correspond with attorney service regarding service of process (0.40). | 0.40 | $450.00/hr | $180.00 |
| 02/23/2018 | TaSM | CWR | Correspond with attorney service regarding service of process (0.30). | 0.30 | $450.00/hr | $135.00 |
| 02/27/2018 | TaSM | CWR | Conference with Mr. Rosenzweig regarding PHV applications and service of process (0.20). | 0.20 | $450.00/hr | $90.00 |
| 03/08/2018 | TaSM | CWR | Correspond with process server regarding service of process (0.20). | 0.20 | $450.00/hr | $90.00 |
| 03/13/2018 | TaSM | CWR | Conference with Mr. Rosenzweig regarding service and strategy (0.30). | 0.30 | $450.00/hr | $135.00 |
| 03/14/2018 | TaSM | CWR | Correspond with attorney service regarding proof of service (0.30). | 0.30 | $450.00/hr | $135.00 |
| 03/16/2018 | TaSM | CWR | Conference with opposing counsel regarding extension to respond to pleading and service on Novak (0.40); Conference and correspond with Mr. Rosenzweig regarding ----- (0.40). | 0.80 | $450.00/hr | $360.00 |
| 03/19/2018 | TaSM | CWR | Draft and revise Notice and Acknowledgment of Receipt (0.40). | 0.40 | $450.00/hr | $180.00 |
| 03/21/2018 | TaSM | CWR | Research and analyze ---------. | 0.70 | $450.00/hr | $315.00 |
| 04/03/2018 | TaSM | CWR | Research and analyze Federal Enclave Doctrine. | 1.20 | $450.00/hr | $540.00 |
| 04/04/2018 | TaSM | CWR | Research and analyze applicability of Federal Enclave Doctrine to California claims. | 0.60 | $450.00/hr | $270.00 |
| 04/05/2018 | TaSM | CWR | Conference with opposing counsel regarding Federal Enclave Doctrine (0.30); Conference and correspond with Mr. Rosenzweig regarding -----; Research and analyze Pt. Mugu federal navy base (0.80). | 1.10 | $450.00/hr | $495.00 |
| 04/09/2018 | TaSM | CWR | Research and analyze Federal Enclave Doctrine, highly compensated employee exemption, and executive exemption; Correspond with opposing counsel regarding motion to dismiss. | 1.80 | $450.00/hr | $810.00 |
| 04/10/2018 | TaSM | CWR | Correspond with Mr. Rosenzweig regarding ------. | 0.80 | $450.00/hr | $360.00 |
| 04/13/2018 | TaSM | CWR | Email correspondence with opposing counsel regarding amended complaint. | 0.10 | $450.00/hr | $45.00 |
| 04/16/2018 | TaSM | CWR | Telephone conference with Mr. Rosenzweig regarding ------. | 0.20 | $450.00/hr | $90.00 |
| 04/18/2018 | TaSM | CWR | Research and analyze Industrial Wage Order No. 4; Revise First Amended Complaint (1.10); File First Amended Complaint; Email correspondence with opposing counsel regarding document and data preservation. | 3.20 | $450.00/hr | $1,440.00 |
| 04/20/2018 | TaSM | CWR | Email correspondence with opposing counsel regarding extension to respond to First Amended Complaint. | 0.20 | $450.00/hr | $90.00 |
| 04/26/2018 | TaSM | CWR | Review and analyze draft stipulation; Email correspondence with opposing counsel regarding same. | 0.20 | $450.00/hr | $90.00 |
| 05/01/2018 | TaSM | CWR | Review and analyze meet and confer correspondence from opposing counsel. | 0.60 | $450.00/hr | $270.00 |
| 05/02/2018 | TaSM | CWR | Multiple email correspondence with Mr. Rosenzweig regarding -----; Telephone conference with opposing counsel regarding First Amended Complaint. | 0.80 | $450.00/hr | $360.00 |
| 05/04/2018 | TaSM | CWR | Email correspondence with opposing counsel regarding amending complaint. | 0.10 | $450.00/hr | $45.00 |
| 05/09/2018 | TaSM | CWR | Review and analyze Motion to Dismiss. | 1.40 | $450.00/hr | $630.00 |
| 05/15/2018 | TaSM | CWR | Draft opposition to Motion to Dismiss ; Telephone conference and email correspondence with Mr. Rosenzweig regarding ----. | 6.30 | $450.00/hr | $2,835.00 |
| 05/16/2018 | TaSM | CWR | Draft opposition to Motion to Dismiss. | 3.80 | $450.00/hr | $1,710.00 |

| Date | | | Description | Hours | Rate | Amount |
|------|--|--|-------------|-------|------|--------|
| 05/17/2018 | TaSM | CWR | Revise and finalize opposition to Motion to Dismiss; Prepare for and attend FRCP 26(f) conference; Multiple email correspondence with Mr. Rosenzweig regarding -----. | 5.80 | $450.00/hr | $2,610.00 |
| 05/18/2018 | TaSM | CWR | Email correspondence and telephone conference with attorney service regarding courtesy copies. | 0.30 | $450.00/hr | $135.00 |
| 05/31/2018 | TaSM | CWR | Draft and revise Rule 26 joint conference report and Rule 26 initial disclosures; Review and analyze Defendants' Initial Disclosures. | 2.20 | $450.00/hr | $990.00 |
| 06/01/2018 | TaSM | CWR | Research and analyze attorneys fees for labor code 203 waiting time penalties; Email correspondence with Mr. Rosenzweig regarding same; Email correspondence with opposing counsel regarding third party declarations. | 0.80 | $450.00/hr | $360.00 |
| 06/06/2018 | TaSM | CWR | Travel to and prepare for hearing on motion to dismiss and scheduling conference; Draft and revise Amended Rule 26(a) Disclosures; Email correspondence with opposing counsel regarding same. | 3.20 | $450.00/hr | $1,440.00 |
| 06/08/2018 | TaSM | CWR | Multiple email correspondence with opposing counsel regarding discovery on misrepresentation claim; Telephone conference with Mr. Rosenzweig regarding -----. | 0.80 | $450.00/hr | $360.00 |
| 06/12/2018 | TaSM | CWR | Draft and revise Requests for Production to TASM, Interrogatories to TASM, and Second Amended Rule 26 Disclosures. | 3.40 | $450.00/hr | $1,530.00 |
| 06/15/2018 | TaSM | CWR | Email correspondence with opposing counsel regarding revised discovery responses and deposition scheduling; Revise requests for production. | 0.40 | $450.00/hr | $180.00 |
| 06/19/2018 | TaSM | CWR | Email correspondence with opposing counsel regarding discovery documents requested for amendment of Complaint; Research and analyze location of defendant's corporate officer deposition; Email correspondence with Mr. Rosenzweig regarding same. | 0.70 | $450.00/hr | $315.00 |
| 06/26/2018 | TaSM | CWR | Review and analyze documents produced by Defendants in preparation for drafting Second Amended Complaint; Email correspondence with opposing counsel regarding outstanding discovery. | 1.40 | $450.00/hr | $630.00 |
| 07/03/2018 | TaSM | CWR | Review and analyze documents produced by Defendants regarding PTO and holiday pay; Draft and revise Second Amended Complaint. | 1.60 | $450.00/hr | $720.00 |
| 07/06/2018 | TaSM | CWR | Email correspondence with Mr. Rosenzweig regarding -----. | 0.20 | $450.00/hr | $90.00 |
| 07/09/2018 | TaSM | CWR | Multiple email correspondence with opposing counsel regarding written discovery and deposition scheduling; Multiple email correspondence and telephone conference with Mr. Rosenzweig regarding -----. | 0.70 | $450.00/hr | $315.00 |
| 07/11/2018 | TaSM | CWR | Telephone conference with Mr. Rosenzweig regarding -----. | 0.20 | $450.00/hr | $90.00 |
| 07/12/2018 | TaSM | CWR | Email correspondence with opposing counsel regarding Burgstahler deposition; Email correspondence with Mr. Rosenzweig regarding -----. | 0.40 | $450.00/hr | $180.00 |
| 07/30/2018 | TaSM | CWR | Telephone conference with Mr. Rosenzweig regarding -----; Multiple email correspondence with opposing counsel regarding discovery; Review of documents produced by defendants; Review and analyze discovery responses produced by defendants; Email correspondence with deposition service regarding Burghstaler deposition. | 2.10 | $450.00/hr | $945.00 |
| 08/01/2018 | TaSM | CWR | Draft and revise meet and confer letter to opposing counsel regarding deficient discovery responses. | 5.40 | $450.00/hr | $2,430.00 |
| 08/02/2018 | TaSM | CWR | Revise meet and confer letter to opposing counsel regarding discovery deficiencies; Review Judge Rosenberg's procedures regarding discovery disputes; Email correspondence with opposing counsel regarding same. | 1.10 | $450.00/hr | $495.00 |
| 08/08/2018 | TaSM | CWR | Prepare for and attend telephonic meet and confer conference with opposing counsel regarding defendants' responses to discovery; Email correspondence with court reporter regarding August 22 deposition. | 1.10 | $450.00/hr | $495.00 |
| 08/10/2018 | TaSM | CWR | Multiple email correspondence with opposing counsel regarding discovery deficiencies and deposition scheduling. | 2.30 | $450.00/hr | $1,035.00 |
| 08/13/2018 | TaSM | CWR | Telephone conference with Mr. Rosenzweig regarding -----. | 0.40 | $450.00/hr | $180.00 |
| 08/14/2018 | TaSM | CWR | Draft and revise deposition notices; Email correspondence with opposing counsel regarding same. | 1.60 | $450.00/hr | $720.00 |
| 08/15/2018 | TaSM | CWR | Prepare for and attend telephone conference with opposing counsel regarding Burgstahler deposition and outstanding discovery issues; Telephone conference with Mr. Rosenzweig regarding -----; Email correspondence with court reporter regarding Burgstahler deposition. | 1.40 | $450.00/hr | $630.00 |
| 08/20/2018 | TaSM | CWR | Multiple email correspondence with opposing counsel regarding discovery; multiple email corresopndence with Mr. Rosenzweig regarding -----. | 1.30 | $450.00/hr | $585.00 |
| 08/21/2018 | TaSM | CWR | Email correspondence with opposing counsel regarding discovery issues. | 0.20 | $450.00/hr | $90.00 |
| 08/22/2018 | TaSM | CWR | Multiple email correspondence with Mr. Rosenzweig regarding -----. | 0.40 | $450.00/hr | $180.00 |
| 08/28/2018 | TaSM | CWR | Multiple email correspondence with opposing counsel; Telephone conference with Mr. Rosenzweig regarding discovery. | 1.30 | $450.00/hr | $585.00 |
| 09/04/2018 | TaSM | CWR | Draft and revise responses to discovery; email correspondence with opposing counsel re discovery responses. | 4.20 | $450.00/hr | $1,890.00 |
| 09/18/2018 | TaSM | CWR | Email correspondence with opposing counsel re outstanding discovery issues. | 0.70 | $450.00/hr | $315.00 |
| 09/21/2018 | TaSM | CWR | email correspondence with opposing counsel re discovery. | 0.10 | $450.00/hr | $45.00 |
| 09/24/2018 | TaSM | CWR | Review and analyze discovery responses and documents produced by defendants; multiple email correspondence with opposing counsel re same. | 2.30 | $450.00/hr | $1,035.00 |

| Date | | | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|---|
| 09/26/2018 | TaSM | CWR | Telephone conference with Ben Perez re his employment at TaSM and potential testimony; multiple email correspondence with Mr. Rosenzweig re -----. | 2.10 | $450.00/hr | $945.00 |
| 09/27/2018 | TaSM | CWR | Review and analyze local and chamber rules re Summary Adjuciation; email court clerk re hearing date for motion for summary adjudication; call Ben Perez. | 0.80 | $450.00/hr | $360.00 |
| 10/03/2018 | TaSM | CWR | Email correspondence with opposing counsel regarding Novak deposition; Multiple email correspondence with Mr. Rosenzweig regarding-----. | 0.80 | $450.00/hr | $360.00 |
| 10/04/2018 | TaSM | CWR | Multiple email correspondence with opposing counsel regarding amended damages disclosures and deposition of Scott Novak; Multiple email correspondence with Mr. Rosenzweig regarding -----; Email correspondence with attorney service regarding Burgstahler deposition. | 1.40 | $450.00/hr | $630.00 |
| 10/15/2018 | TaSM | CWR | Prepare for deposition of Burgstahler and 30(b)(6); Multiple email correspondence with opposing counsel and court reporter regarding same. | 6.30 | $450.00/hr | $2,835.00 |
| 10/16/2018 | TaSM | CWR | Telephone conference with clients regarding mediation; Multiple email correspondence with Mr. Rosenzweig regarding -----; Multiple email correspondence with opposing counsel regarding 30(b)(6) deposition of TaSM. | 2.20 | $450.00/hr | $990.00 |
| 10/17/2018 | TaSM | CWR | Draft and revise Mediation Statement; research and analyze individual liability under FLSA. | 6.20 | $450.00/hr | $2,790.00 |
| 10/18/2018 | TaSM | CWR | Draft and revise mediation statement; Draft and revise Third Amended Rule 26 Disclosures; Email correspondence with opposing counsel and mediator regarding mediation; Serve Third Amended Rule 26 Disclosures. | 2.30 | $450.00/hr | $1,035.00 |
| 10/19/2018 | TaSM | CWR | Multiple email correspondence with Mr. Rosenzweig regarding-----; Multiple email correspondence with mediator regarding settlement demand. | 0.80 | $450.00/hr | $360.00 |
| 10/22/2018 | TaSM | CWR | Prepare for, travel to, and attend mediation; Draft settlement agreement. | 12.30 | $450.00/hr | $5,535.00 |
| 10/23/2018 | TaSM | CWR | Draft and revise Final Settlement Agreement. | 0.40 | $450.00/hr | $180.00 |
| 10/25/2018 | TaSM | CWR | Email correspondence with opposing counsel regarding settlement agreement and service of Requests for Admission; Telephone conference with Mr. Rosenzweig regarding -----. | 0.40 | $450.00/hr | $180.00 |
| 10/29/2018 | TaSM | CWR | Draft and revise Final Settlement Agreement (0.40). | 0.40 | $450.00/hr | $180.00 |
| 10/30/2018 | TaSM | CWR | Revise settlement agreement; Email correspondence with opposing counsel regarding same. | 0.60 | $450.00/hr | $270.00 |
| 11/02/2018 | TaSM | CWR | Drafte and revise settlement agreement; Email corresopndence with opposing counsel regarding same. | 1.30 | $450.00/hr | $585.00 |
| 11/06/2018 | TaSM | CWR | Draft and revise settlement agreement; Multiple email correspondence with opposing counsel regarding same. | 1.30 | $450.00/hr | $585.00 |
| 11/07/2018 | TaSM | CWR | Draft and revise Stipulated Judgment; Multiple correspondence with opposing counsel regarding Stipulated Judgment and IRS withholdings. | 2.20 | $450.00/hr | $990.00 |
| 11/09/2018 | TaSM | CWR | Draft, revise, and file Joint Status Report regarding Settlement; Telephone conference and email correspondence with opposing counsel regarding same; Correspondence with client regarding settlement payments. | 1.40 | $450.00/hr | $630.00 |
| 11/13/2018 | TaSM | CWR | Email correspondence with court clerk regarding telephonic appearance; Email correspondence with opposing counsel regarding status of stipulated judgment. | 0.40 | $450.00/hr | $180.00 |
| 11/14/2018 | TaSM | CWR | Review and analyze proposed revisions to Stipulated Judgment; Telephone conference with opposing counsel regarding settlement payments; Telephone conference and email correspondence with Mr. Rosenzweig regarding -----. | 1.30 | $450.00/hr | $585.00 |
| 11/15/2018 | TaSM | CWR | Prepare for and attend post-mediation status conference; Email correspondence with Mr. Rosenzweig regarding -----. | 1.40 | $450.00/hr | $630.00 |
| 11/26/2018 | TaSM | CWR | Multiple email correspondence with opposing counsel regarding settlement and Stipulated Judgment; Multiple email correspondence with client regarding same; Email correspondence with court clerk regarding telephonic appearance; Review and analyze proposed joint status report. | 1.30 | $450.00/hr | $585.00 |
| 11/28/2018 | TaSM | CWR | Finalize and file Stipulated Judgment and Order; Email correspondence with opposing counsel regarding same. | 0.40 | $450.00/hr | $180.00 |
| 11/29/2018 | TaSM | CWR | Prepare for and attend post-mediation status conference; Email correspondence with Mr. Rosenzweig regarding -----. | 0.30 | $450.00/hr | $135.00 |
| 12/05/2018 | TaSM | CWR | Draft and revise Motion for Attorneys' Fees. | 2.30 | $450.00/hr | $1,035.00 |
| 12/10/2018 | TaSM | CWR | Draft and revise Motion for Attorneys' Fees. | 4.30 | $450.00/hr | $1,935.00 |
| 12/11/2018 | TaSM | CWR | Draft and revise Motion for Attorneys' Fees; Draft and revise declaration of Christopher W. Rowlett in support of motion for attorneys fees; Email correspondence with Mr. Rosenzweig re same. | 6.30 | $450.00/hr | $2,835.00 |
| 12/12/2018 | TaSM | CWR | Draft, revise, and finalize Motion for Attorneys' fees and Rowlett Declaration in support of same; email correspondence with Mr. Rosenzweig regarding ----. | 5.40 | $450.00/hr | $2,430.00 |

|  |  |  |  | Totals For Wage and Hour Claim | 158.00 | $71,100.00 |
|  |  |  |  | Grand Total | 158.00 | $71,100.00 |

# Perez Vaughn & Feasby Inc. - John Vaughn Time Entry

| Date | Matter | User | Description | Billable Time | Hourly Rate | Billable Amt |
|------|--------|------|-------------|---------------|-------------|--------------|
| **Wage and Hour Claim** | | | | | | |
| 01/26/2018 | TaSM | JDV | Review and revise draft Complaint. | 1.00 | $495.00/hr | $495.00 |
| 01/29/2018 | TaSM | JDV | Make revisions to draft Complaint. | 0.70 | $495.00/hr | $346.50 |
| 01/31/2018 | TaSM | JDV | Continue preparation of/revisions to Complaint. | 0.80 | $495.00/hr | $396.00 |
| 02/01/2018 | TaSM | JDV | Revise draft Complaint (0.60); Email communications with Mr. Rosenzweig regarding ----- (0.2). | 0.80 | $495.00/hr | $396.00 |
| 02/02/2018 | TaSM | JDV | Make revisions to draft Complaint. | 0.60 | $495.00/hr | $297.00 |
| 02/05/2018 | TaSM | JDV | Additional revisions to draft Complaint. | 0.60 | $495.00/hr | $297.00 |
| 02/07/2018 | TaSM | JDV | Continued revisions to draft Complaint (0.60); Multiple email communications with Mr. Rosenzweig regarding ----- (0.20). | 0.80 | $495.00/hr | $396.00 |
| 02/08/2018 | TaSM | JDV | Complete and file Complaint (0.80). | 0.80 | $495.00/hr | $396.00 |
| 02/12/2018 | TaSM | JDV | Preparation of certificate of good standing and pro hac vice for Mr. Rosenzweig (1.00). | 1.00 | $495.00/hr | $495.00 |
| 02/13/2018 | TaSM | JDV | Multiple email communications with Mr. Rosenzweig regarding ----- (0.40). | 0.40 | $495.00/hr | $198.00 |
| 03/05/2018 | TaSM | JDV | Work on service issues (0.50); Email communications with Mr. Rosenzweig (0.20). | 0.70 | $495.00/hr | $346.50 |
| 03/06/2018 | TaSM | JDV | Preparation of Pro Hac Vice applications (0.80). | 0.80 | $495.00/hr | $396.00 |
| 03/09/2018 | TaSM | JDV | Preparation of Pro Hac Vice materials for Mr. Rosenzweig (1.00). | 1.00 | $495.00/hr | $495.00 |
| 03/16/2018 | TaSM | JDV | Telephone conference with opposing counsel regarding stipulation for acceptance of service (0.30); Review and revise stipulation (0.40). | 0.70 | $495.00/hr | $346.50 |
| 03/19/2018 | TaSM | JDV | Email communications regarding service and stipulated acceptance of service (0.30); Review and revise stipulation (0.40). | 0.70 | $495.00/hr | $346.50 |
| 03/27/2018 | TaSM | JDV | Email communications with Mr. Rosenzweig regarding ----- (0.40). | 0.40 | $495.00/hr | $198.00 |
| 04/02/2018 | TaSM | JDV | Multiple email communications regarding case strategy (0.40). | 0.40 | $495.00/hr | $198.00 |
| 04/06/2018 | TaSM | JDV | Multiple email communications with Mr. Rosenzweig regarding ----- (0.50). | 0.50 | $495.00/hr | $247.50 |
| 04/09/2018 | TaSM | JDV | Multiple email communications regarding Federal Enclave Doctrine and related issues (0.50); Research regarding Federal Enclave Doctrine (0.60). | 1.10 | $495.00/hr | $544.50 |
| 04/10/2018 | TaSM | JDV | Email communications with Mr. Rosenzweig regarding ----- (0.40); Meet and confer regarding defendant's Motion to Dismiss regarding enclave principle (0.60). | 1.00 | $495.00/hr | $495.00 |
| 04/12/2018 | TaSM | JDV | Multiple email communications with Mr. Rosenzweig regarding (0.40). | 0.40 | $495.00/hr | $198.00 |
| 04/17/2018 | TaSM | JDV | Email communications with Mr. Rosenzweig regarding ----- (0.40). | 0.40 | $495.00/hr | $198.00 |
| 04/18/2018 | TaSM | JDV | Review/revise First Amended Complaint (1.00). | 1.00 | $495.00/hr | $495.00 |
| 04/26/2018 | TaSM | JDV | Negotiations/discussions regarding stipulation for extension of time (0.50). | 0.50 | $495.00/hr | $247.50 |
| 05/09/2018 | TaSM | JDV | Review Motion to Dismiss and outline issues for opposition to same (1.30). | 1.30 | $495.00/hr | $643.50 |
| 05/17/2018 | TaSM | JDV | Revise opposition to Motion to Dismiss (2.50). | 2.50 | $495.00/hr | $1,237.50 |
| 06/04/2018 | TaSM | JDV | Receive and review defendant's initial Rule 26 disclosures (0.70). | 0.70 | $495.00/hr | $346.50 |
| 06/07/2018 | TaSM | JDV | Office conference with Attorney Rowlett regarding Motion to Dismiss and hearing on same (0.30). | 0.30 | $495.00/hr | $148.50 |
| 07/09/2018 | TaSM | JDV | Revise amended Complaint (0.30). | 0.30 | $495.00/hr | $148.50 |
| | | | **Totals For Wage and Hour Claim** | **22.20** | | **$10,989.00** |
| | | | **Grand Total** | **22.20** | | **$10,989.00** |

EXHIBIT 2

# LAFFEY MATRIX

History

Case Law

Expert Opinion

Contact us

Home

Links

| Year | Adjustmt Factor** | Paralegal/ Law Clerk | Years Out of Law School * | | | | |
|---|---|---|---|---|---|---|---|
| | | | 1-3 | 4-7 | 8-10 | 11-19 | 20 + |
| 6/01/18- 5/31/19 | 1.0350 | $202 | $371 | $455 | $658 | $742 | $894 |
| 6/01/17- 5/31/18 | 1.0463 | $196 | $359 | $440 | $636 | $717 | $864 |
| 6/01/16- 5/31/17 | 1.0369 | $187 | $343 | $421 | $608 | $685 | $826 |
| 6/01/15- 5/31/16 | 1.0089 | $180 | $331 | $406 | $586 | $661 | $796 |
| 6/01/14- 5/31/15 | 1.0235 | $179 | $328 | $402 | $581 | $655 | $789 |
| 6/01/13- 5/31/14 | 1.0244 | $175 | $320 | $393 | $567 | $640 | $771 |
| 6/01/12- 5/31/13 | 1.0258 | $170 | $312 | $383 | $554 | $625 | $753 |
| 6/01/11- 5/31/12 | 1.0352 | $166 | $305 | $374 | $540 | $609 | $734 |
| 6/01/10- 5/31/11 | 1.0337 | $161 | $294 | $361 | $522 | $589 | $709 |
| 6/01/09- 5/31/10 | 1.0220 | $155 | $285 | $349 | $505 | $569 | $686 |
| 6/01/08- 5/31/09 | 1.0399 | $152 | $279 | $342 | $494 | $557 | $671 |
| 6/01/07-5/31/08 | 1.0516 | $146 | $268 | $329 | $475 | $536 | $645 |
| 6/01/06-5/31/07 | 1.0256 | $139 | $255 | $313 | $452 | $509 | $614 |
| 6/1/05-5/31/06 | 1.0427 | $136 | $249 | $305 | $441 | $497 | $598 |
| 6/1/04-5/31/05 | 1.0455 | $130 | $239 | $293 | $423 | $476 | $574 |
| 6/1/03-6/1/04 | 1.0507 | $124 | $228 | $280 | $405 | $456 | $549 |
| 6/1/02-5/31/03 | 1.0727 | $118 | $217 | $267 | $385 | $434 | $522 |
| 6/1/01-5/31/02 | 1.0407 | $110 | $203 | $249 | $359 | $404 | $487 |
| 6/1/00-5/31/01 | 1.0529 | $106 | $195 | $239 | $345 | $388 | $468 |
| 6/1/99-5/31/00 | 1.0491 | $101 | $185 | $227 | $328 | $369 | $444 |
| 6/1/98-5/31/99 | 1.0439 | $96 | $176 | $216 | $312 | $352 | $424 |
| 6/1/97-5/31/98 | 1.0419 | $92 | $169 | $207 | $299 | $337 | $406 |
| 6/1/96-5/31/97 | 1.0396 | $88 | $162 | $198 | $287 | $323 | $389 |
| 6/1/95-5/31/96 | 1.032 | $85 | $155 | $191 | $276 | $311 | $375 |

| 6/1/94-5/31/95 | 1.0237 | $82 | $151 | $185 | $267 | $301 | $363 |

The methodology of calculation and benchmarking for this Updated Laffey Matrix has been approved in a number of cases. See, e.g., McDowell v. District of Columbia, Civ. A. No. 00-594 (RCL), LEXSEE 2001 U.S. Dist. LEXIS 8114 (D.D.C. June 4, 2001); Salazar v. Dist. of Col., 123 F.Supp.2d 8 (D.D.C. 2000).

* "Years Out of Law School" is calculated from June 1 of each year, when most law students graduate. "1-3" includes an attorney in his 1st, 2nd and 3rd years of practice, measured from date of graduation (June 1). "4-7" applies to attorneys in their 4th, 5th, 6th and 7th years of practice. An attorney who graduated in May 1996 would be in tier "1-3" from June 1, 1996 until May 31, 1999, would move into tier "4-7" on June 1, 1999, and tier "8-10" on June 1, 2003.

** The Adjustment Factor refers to the nation-wide Legal Services Component of the Consumer Price Index produced by the Bureau of Labor Statistics of the United States Department of Labor.