John D. Vaughn, State Bar No. 171801
Christopher W. Rowlett, State Bar No. 257357
PEREZ VAUGHN & FEASBY
600 B Street, Suite 2100
San Diego, California 92101
Telephone: 619.702.8044
Facsimile: 619.460.0437
E-Mail: vaughn@pvflaw.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAN ALDRIDGE, an individual; and GERMAIN PARRA, an individual.<br><br>Plaintiffs,<br><br>v.<br><br>TECHNOLOGY AND SUPPLY MANAGEMENT, LLC a Virginia Limited Liability Company; SCOTT J. NOVAK, an individual, and DOES 1-10.<br><br>Defendants. | Case No. 2:18-cv-01081-GW-AGR<br><br>**DECLARATION OF PETER ROSENZWEIG IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES** |

{01693693;v1 }

I, Peter R. Rosenzweig, declare:

1. I am an equity partner at Kleinbard LLC and a member of the firm's Employment Law Group. I am one of the attorneys for Plaintiffs in the above-captioned matter. I have personal knowledge of the facts set forth in this Declaration, and if called upon to testify thereto, would do so competently.

2. I am admitted to the state bars of Pennsylvania, New Jersey and Florida, to the United States Court of Appeals for the Third and Eleventh Circuits, the United States District Courts for the Eastern and Middle Districts of Pennsylvania, the District of New Jersey, and the Southern and Middle Districts of Florida.

3. I am presently admitted *pro hac vice* in the United States District Courts for the Eastern District of California, the Southern District of Texas, and the Northern District of Alabama. In those courts, I am counsel in Fair Labor Standards Act ("FLSA") cases similar to this case.

4. I submit this Declaration in support of Plaintiffs' Motion for Attorneys' Fees and Costs. This Declaration will apprise the Court of: (i) the total number of attorney hours that myself, Joshua Voss (Associate) and Paul Gagne (Of Counsel to the firm) have dedicated to this case since its inception in November 2017; and (ii) the total amount of litigation-related costs Kleinbard has incurred.

5. As one of the attorneys for Plaintiffs, I am intimately familiar with the details of this case and all that has taken place over the past year including: (i) all

1

work that has been completed by my firm and co-counsel (Perez Vaughn & Feasby ("PVF")); (ii) the pleadings; (iii) motions, responses, and replies; (iv) written discovery conducted by the parties; (v) numerous discovery disputes; (vi) documents that have been produced; (vii) court-ordered mediation; and (viii) the completion of all documents necessary to consummate the parties' settlement and dismissal of the case. I am also familiar with the attorneys' fees and costs that have been incurred in obtaining a favorable settlement for Plaintiffs, as well as the monthly billing statements my firm has generated for this contingency fee matter, which are maintained in our office as a part of the normal course of business.

6. Attached hereto as Exhibit "A" is the *Summary of Contemporaneous Time Records in Six Minute Increments for Kleinbard LLC*. The Summary reflects the time spent by each of the Kleinbard attorneys who have worked on this case. Redactions have been made only for attorney-client communications and protected attorney work-product.

7. As the Partner at Kleinbard overseeing this case, I've received and continue to receive monthly billing statements that show all time recorded during that month. I personally reviewed/review these monthly billing statements to ensure their accuracy and to confirm that the work tasks are being assigned properly and performed efficiently. True and correct copies of Kleinbard's unredacted monthly billing statements are available for an *in camera* inspection upon request of the Court.

# EXPERIENCE OF COUNSEL

8. I have been practicing for twenty-one years exclusively in the area of labor and employment law. I've handled such matters in state courts, federal courts and administrative agencies around the country, including the United States Department of Labor, Pennsylvania Department of Labor and Industry, United States Equal Employment Opportunity Commission, Pennsylvania Human Relations Commission, Philadelphia Commission on Human Relations, the New Jersey Department of Labor and Workforce Development, and the New Jersey Division on Civil Rights.

9. I am a 1994 *cum laude* graduate from the Schreyer Honors College at the Pennsylvania State University (graduated with Distinction and with Honors in Labor and Industrial Relations) and a 1997 *cum laude* graduate from the University of Miami School of Law.

10. Throughout my legal career, I've handled a great number of state and federal wage and hour matters for both employees and employers.

11. In addition to providing employment-related trainings to companies, I am a speaker on wage and hour issues and, thus, customarily updated on the FLSA, any developments in its application, and wage and hour laws in general.

12. During the past eight years, I have been lead counsel in twenty-seven cases pursuant to the FLSA and various state wage and hour laws. Twenty-five of these cases were/are collective actions and class actions.

13. Most notably, all of these FLSA collective and class action cases have involved Unmanned Aerial Vehicle/Unmanned Aerial Systems ("UAV/UAS") companies similar to the Defendant in this case—Technology and Supply Management, LLC. Unmanned aerial vehicles are commonly referred to as "drones."

14. Through my broad experience with these cases, I have developed extensive industry-specific knowledge and I'm frequently contacted by UAV/UAS employees around the country inquiring about potential FLSA cases and wage and hour matters.

15. As lead counsel in these FLSA cases, I've been responsible for: (i) case intake, assessment and investigation; (ii) communicating with plaintiffs, class representatives, witnesses, and putative class members within the United States and abroad; (iii) developing case strategy; (iv) legal research on federal and state wage and hour laws; (v) preparing pleadings; (vi) preparing and reviewing all discovery including the review of voluminous amounts of employee timesheets, pay records, and personnel files; (vii) taking and defending depositions; (viii) drafting motions for conditional certification of FLSA classes; (ix) settlement negotiations; (x) settlement conferences with magistrate judges; (xi) preparing fee petitions; (xii) attending hearings on fee petitions; (xiii) drafting motions for preliminary approval of settlement; (xiv) preparing settlement agreements, notice and claim forms for putative class members; (xv) coordinating and overseeing opt-in notice periods and

settlement administration; and (xvi) handling hearings for the preliminary and final approval of settlements.

16. In addition to this case, the following are FLSA cases and collective action cases in which I was and/or am lead class counsel:

- *Johnson, et al. v. AAI Corp., et al.*, No. 1:11-cv-03298-ELH (D. Md.)
- *Boggs, et al. v. AAI Corp., et al.*, No. 1:13-cv-00835-ELH (D. Md.)
- *Trembly, et al. v. AAI Corp., et al.*, No. 1:13-cv-01393-ELH (D. Md.)
- *Schotter, et al. v. AAI Corp., et al.*, No. 1:14-cv-00858-ELH (D. Md.)
- *Lewis, et al. v. Neany, Inc.*, No. 8:15-cv-02068-TDC (D. Md.)
- *Lewis, et al. v. Neany, Inc.*, No. 8:15-cv-02069-TDC (D. Md.)
- *Garcia, et al. v. Neany, Inc.*, No. 8:15-cv-03379-TDC (D. Md.)
- *Zibbon, et al. v. Compass Systems, Inc.*, No. 8:13-cv-01244-RWT (D. Md.)
- *Young, et al. v. Compass Systems, Inc.*, No. 8:14-cv-03297-WGC (D. Md.)
- *Young, et al. v. Compass Systems, Inc.*, No. 8:14-cv-03301-WGC (D. Md.)
- *Sanchez, et al. v. NASC*, No. 2:15-cv-06446 (E.D. Pa.)
- *Williams, et al. v. NASC*, No. 2:16-cv-04639 (E.D. Pa.)
- *Ramos, et al. v. NASC*, Case No. 2:17-cv-01701 (E.D. Pa.)
- *Ramos, et al. v. NASC*, Case No. 2:17-cv-01702 (E.D. Pa.)
- *Ramos, et al. v. NASC*, Case No. 2:17-cv-01778 (E.D. Pa.)
- *Evans, et al. v. Neany, Inc.*, Case No. 8:17-cv-01225 (D. Md.)
- *Davis, et al. v. Neany, Inc.*, Case No. 8:17-cv-01862 (D. Md.)
- *Patrick, et al. v. Neany, Inc.*, Case No. 8:17-cv-02175 (D. Md.)
- *Jefferson, et al. v. MEC Development, LLC*, Case No. 2:18-cv-01081 (E.D. Cal.)
- *Burchfield, et al. v. TaSM, LLC, et al.*, Case No. 1:17-cv-00558 (E.D. Va.)
- *Cabezas, et al. v. TaSM, LLC, et al.*, Case No. 1:17-cv-00557 (E.D. Va.)
- *Miller, et al. v. BITS, Inc., et al.*, Case No. 7:18-cv-00041 (S.D. Tex.)
- *Burchfield, et al. v. BITS, Inc., et al.*, Case No. 7:18-cv-00042 (S.D. Tex.)
- *Ellis, et al. v. TaSM, LLC, et al.*, Case No. 7:18-cv-00065 (S.D. Tex.)
- *Campbell, et al. v. SDI, Inc.*, Case No. 5:18-cv-00223 (N.D. Al.)
- *Mullally, et al. v. SDI, Inc.*, Case No. 5:18-cv-00631 (N.D. Al.)

17. Joshua Voss graduated *summa cum laude* from Drexel University Thomas R. Kline School of Law in 2009 where he was the Managing Editor of the *Drexel Law Review*. He served as a federal law clerk from 2009–2010 and since then has focused his practice on commercial law, government litigation and

government investigations. He is admitted to state bars of Pennsylvania and New Jersey.

18.  Paul Gagne is a 1984 *cum laude* graduate of the University of Pennsylvania Law School where he was an Editor of the *University of Pennsylvania Law Review*. He is admitted to state bars of Pennsylvania and New Jersey. His practice focuses on complex commercial litigation, insurance coverage disputes, intellectual property counseling and litigation, employment law and constitutional litigation.

## **UNDERLYING LITIGATION**

19.  I was first contacted by Plaintiffs on November 17, 2017. They informed me that they had been given my name by colleagues of theirs who I had previously represented in wage and hour cases similar to this case. They further informed me of their desire that I personally represent them because of my unique experience and expertise in wage and hour cases against UAV/UAS companies and because of the favorable results I achieved in those cases.

20.  Plaintiffs explained that they did not have the financial wherewithal to retain counsel on an hourly basis to pursue potential claims, so whoever agreed to represent them would have to do so on a contingency fee basis.

21.  At that time in November 2017, I was already working with Mr. Rowlett as co-counsel on another FLSA collective/class action case then pending in the Eastern District of California. See *Jefferson, et al. v. MEC Development, LLC*,

Case No. 1:17-cv-01394 (E.D. Cal.).

22. Upon determining that Plaintiffs had plausible federal and state wage and hour claims against Defendants, because of my existing relationship with Mr. Rowlett, I conferred with him about pursuing Plaintiffs' claims on a co-counsel basis. Mr. Rowlett agreed to act as the in-state attorney for Plaintiffs. We agreed that I would filter my work through him.

23. We both recognized that the matter would have to be handled on a contingency fee basis and, as such, we would only be compensated if we were successful in recovering damages either through a settlement or judgment. We understood that there was a very real possibility that we would never be able to recoup our investment of time and money.

24. On February 8, 2018, the Complaint in this case was filed. (Doc. No. 1)

25. On October 22, 2018, eleven months after I was first contacted by Plaintiffs, Mr. Rowlett settled the case at a court-ordered mediation.

26. For the next month, I assisted Mr. Rowlett with the preparation of the parties' written settlement agreement and the stipulated judgment and order. On November 28, 2018, the Stipulated Judgment and Order was entered. (Doc. No. 45)

### THE FEES AND HOURS EXPENDED ARE REASONABLE

27. As of November 30, 2018, the total lodestar for my firm in prosecuting the claims is $74,018.50, representing 152.3 hours of time including the work

7

involved with this Motion.

28. As a Partner at the firm, I have personal knowledge of the hourly rates charged by our Partners, Associates and Of Counsel attorneys. The 2018 hourly rates for partners range from $490 – $715, the rates for associates range from $285 – $360, and the rates for Of Counsel attorneys range from $390 – $660.

29. Kleinbard maintains electronic time records for all of its cases in the Juris accounting and billing management system. The Juris software allows our lawyers to record their time in six-minute increments and record it while the work is being performed. This process ensures the accuracy of our time entries. Juris generates monthly billing statements that include every time entry made by an attorney during that month.

30. The *Summary of Contemporaneous Time Records in Six Minute Increments for Kleinbard LLC* shows that Kleinbard has invested a total of 152.3 attorney hours. These include 139.6 hours that I've worked on this case, .3 hours expended by Mr. Voss, and 12.4 hours expended by Mr. Gagne.

31. Our contemporaneously prepared timesheets in this case are detailed, descriptive and unambiguous. They show that our lawyers working on this case entered time for: (i) investigation and interviews; (ii) legal research; (iii) conferences regarding case status and strategy; (iv) preparation and revision of pleadings; (v) preparation and revision of motions and responses; (vi) preparation and revision interrogatories and documents requests; (vii) review of defendants'

8

responses to interrogatories and document requests, and responsive documents; (viii) review of communications from counsel for defendants; and (ix) review of witness affidavits.

32. In 2017, when my hourly rate was $475, I worked on this case for 2.3 hours. That yields a total attorney's fee of $1,092.50. For 2018, my hourly rate is $490 and I logged 137.3 hours through November 30, 2018. That yields a total attorneys' fee of $67,277. The fee total for my work from case inception is $68,369.50.

33. For 2018, Mr. Voss' hourly rate is $360 and he logged .3 hours as of November 30, 2018. That yields a total attorney's fee of $108.

34. For 2018, Mr. Gagne's hourly rate is $465 and he logged 12.4 hours as of November 30, 2018. That yields a total attorney's fee of $5,766.

35. The above hourly rates used to calculate the lodestar for the work performed are the reasonable and regular rates commensurate with the experience and expertise of each attorney who worked on behalf of Plaintiffs.

36. This lodestar was calculated after making deductions for billing judgment. In recording my time, I did not record, and we do not seek compensation for many tasks and activities. As an example, my own time records do not include time I spent on many telephonic conversations, electronic messaging (emails and text messages), meetings and supervisory activities related to the prosecution of this case.

37. Plaintiffs are not seeking an enhancement to the lodestar.

38. In my experience, the number of attorney hours devoted to this case (by both Kleinbard and PVF) is well within the range of hours that reasonably would be expected in a contentious, hard fought and, at times, acrimonious litigation involving federal law and the wage and hour laws of two states.

39. The court determines a reasonable hourly rate by looking at the prevailing market rate in the community for comparable services. *Viveros v. Donahoe*, 2013 WL 1224848 (C.D. Cal. March 27, 2013). A widely recognized compilation of attorney and paralegal rate data is the so-called *Laffey* matrix, so named because of the case that generated the index.

40. In *Laffey v. Northwest Airlines, Inc.*, 572 F.Supp. 354 (D.D.C. 1983), aff'd in part, rev'd in part on other grounds, 746 F.2d 4 (D.C.Cir.1984), the court employed a variety of hourly billing rates to account for the various attorneys' different levels of experience. The *Laffey* matrix has been regularly prepared and updated by the Civil Division of the United States Attorney's Office for the District of Columbia and used in fee shifting cases, among others.

41. The *Laffey* matrix is especially useful when the work to be evaluated consists of that by a mix of senior, junior and mid-level attorneys, as well as paralegals.

42. In Los Angeles, hourly rates between $485 and $750 are common. *See, e.g., Counts v. Meriwether*, 2016 WL 1165888, *3–4 (C.D. Cal. 2016) (finding

hourly rates of $701.25, $552.50, and $446.25 per hour "reasonable and consistent with the prevailing rates in the Central District"); *Rodriguez v. Cty. of L.A.*, 96 F.Supp.3d 1012, 1023 (C.D. Cal. 2014) (approving rates from $500 to $975). See also *Parker v. Vulcan Materials Co. Long Term Disability Plan*, 2012 WL 843623 (C.D. Cal. Feb. 16, 2012) (in 2012, an hourly rate of $350 for a fourth-year ERISA attorney was reasonable).

43. The hourly rates of the Kleinbard lawyers and the PVF lawyers fall within the range approved as reasonable by courts in the Central District in similar cases.

44. In addition to professional time expended in this case, Kleinbard incurred unreimbursed litigation-related costs during the prosecution of this case.

[Remainder of page intentionally left blank.]

45. Kleinbard also maintains detailed records of out-of-pocket costs incurred as part of its cases. These records, too, are maintained in the firm's Juris system. According to the data in Juris, Kleinbard has incurred the following expenses to date: (i) $25.00 for a Certificate of Good Standing; (ii) $2.84 for postage; (iii) $312.75 in photocopying expenses; (iv) $75.78 for Federal Express; and (v) $435.27 for Westlaw legal research. The total for these litigation-related costs is $851.64.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 12th day of December, 2018 in Philadelphia, Pennsylvania.

_____
Peter R. Rosenzweig, Esq.

# EXHIBIT A

**VAN ALDRIDGE, ET AL v. TECHNOLOGY AND SUPPLY MANAGEMENT, LLC, ET AL; No. 2:18-cv-1081-GW-AGR**

**Summary of Contemporaneous Time Records in Six Minute Increments for Kleinbard LLC**

| Row No. | Date | Timekeeper | Hours | Rate | Amount | Narrative |
|---|---|---|---|---|---|---|
| 1 | 11/17/2017 | PRR | 0.40 | 475.00 | $190.00 | TELEPHONE CALL WITH VAN ALDRIDGE RE: ---------- |
| 2 | 12/04/2017 | PRR | 0.90 | 475.00 | $427.50 | REVIEW EMAILS RE: TASM'S AGREEMENT TO PAY UNUSED PTO; RESEARCH RE: PAYMENT OF PTO UNDER THE ARIZONA WAGE ACT |
| 3 | 12/04/2017 | PRR | 0.60 | 475.00 | $285.00 | TELEPHONE CALL WITH V. ALDRIDGE RE: ----------; EMAIL COMMUNICATIONS WITH G. PARRA RE: ----------; CONFERENCE WITH SHOHIN VANCE, ESQ. RE: ---------- |
| 4 | 12/11/2017 | PRR | 0.40 | 475.00 | $190.00 | TELEPHONE CALL WITH V. ALDRIDGE RE: ---------- |
| 5 | 01/19/2018 | PRR | 0.20 | 490.00 | $98.00 | TELEPHONE CALL WITH LOCAL COUNSEL RE: FEE AGREEMENTS AND CASE FILING |
| 6 | 01/24/2018 | PRR | 0.30 | 490.00 | $147.00 | RESEARCH RE: FLSA, CA AND AZ CLAIMS; PREPARE FOR/ ATTEND TELEPHONE CALL WITH LOCAL COUNSEL RE: SAME, FILING COMPLAINT, SERVICE AND DATA PRESERVATION LETTER |
| 7 | 01/26/2018 | PRR | 0.50 | 490.00 | $245.00 | EMAIL COMMUNICATIONS AND TELEPHONE CALLS WITH PLAINTIFFS AND CHRIS RE: ---------- |
| 8 | 01/29/2018 | PRR | 1.50 | 490.00 | $735.00 | TELEPHONE CALL WITH G. PARRA RE: ----------; REVIEW FILE RE: SAME; PROOF/ REVISE DRAFT OF COMPLAINT; EMAIL COMMUNICATIONS WITH CHRIS RE: SAME |
| 9 | 01/29/2018 | PRR | 1.00 | 490.00 | $490.00 | CONTINUE PREPARATION OF DRAFT COMPLAINT; RESEARCH RE: FLSA PREEMPTION OF AWA |
| 10 | 01/30/2018 | PRR | 0.10 | 490.00 | $49.00 | MULTIPLE EMAIL COMMUNICATIONS WITH CHRIS RE: ---------- |
| 11 | 01/30/2018 | PRR | 0.40 | 490.00 | $196.00 | RESEARCH RE: PERSONAL LIABILITY OF NOVAK AND BLOCK |
| 12 | 01/30/2018 | PRR | 1.00 | 490.00 | $490.00 | PREPARE DRAFT OF COMPLAINT |
| 13 | 01/31/2018 | PRR | 1.00 | 490.00 | $490.00 | CONTINUE PREPARATION OF DRAFT COMPLAINT; EMAIL COMMUNICATIONS WITH CHRIS RE: ---------- |
| 14 | 02/07/2018 | PRR | 1.30 | 490.00 | $637.00 | EMAIL COMMUNICATIONS WITH CHRIS RE: ----------; RESEARCH CA LAW RE: SAME; REVISE COMPLAINT TO INCLUDE SAME |
| 15 | 02/08/2018 | PRR | 0.20 | 490.00 | $98.00 | REVIEW COURT-STAMPED COMPLAINT; EMAIL COMMUNICATIONS WITH CHRIS RE: ---------- |
| 16 | 02/12/2018 | PRR | 0.50 | 490.00 | $245.00 | REVIEW COURT'S NOTICE TO FILE PRO HAC VICE MOTION; PREPARE SAME; EMAIL SAME TO CHRIS FOR REVIEW AND FILING; EMAIL COMMUNICATIONS WITH CHRIS RE: --- |
| 17 | 02/13/2018 | PRR | 0.30 | 490.00 | $147.00 | PREPARE NEW CLIENT INFORMATION FORM |
| 18 | 02/27/2018 | PRR | 0.50 | 490.00 | $245.00 | PREPARE PRO HAC VICE APPLICATION; TELEPHONE CALL WITH CHRIS RE: SAME AND SERVICE OF COMPLAINT ON DEFENDANTS |
| 19 | 03/06/2018 | PRR | 0.30 | 490.00 | $147.00 | PREPARE PA AND FL CERTIFICATES OF GOOD STANDING FOR PRO HAC MOTION; EMAIL SAME TO CHRIS |
| 20 | 03/09/2018 | PRR | 0.80 | 490.00 | $392.00 | PREPARE PRO HAC VICE APPLICATION; EMAIL COMMUNICATIONS WITH CHRIS RE: SAME |
| 21 | 03/15/2018 | PRR | 0.30 | 490.00 | $147.00 | EMAIL COMMUNICATIONS AND TELEPHONE CALL WITH JOHN RE: ENTRY OF APPEARANCE OF COUNSEL FOR TASM AND REQUEST FOR EXTENSION TO RESPOND TO COMPLAINT |
| 22 | 03/16/2018 | PRR | 0.30 | 490.00 | $147.00 | REVIEW ORDERS FROM COURT RE: PRO HAC VICE STATUS; TELEPHONE CALL WITH CHRIS RE: ---------- |
| 23 | 03/26/2018 | PRR | 0.20 | 490.00 | $98.00 | REVIEW EMAIL COMMUNICATIONS WITH OPPOSING COUNSEL RE: EXTENSION STIPULATION; REVIEW FILED COPY OF SAME |
| 24 | 04/02/2018 | PRR | 1.00 | 490.00 | $490.00 | RESEARCH RE: FEDERAL ENCLAVE DEFENSE; EMAIL COMMUNICATIONS WITH CHRIS RE: ---------- |
| 25 | 04/03/2018 | PRR | 1.00 | 490.00 | $490.00 | RESEARCH RE: FEDERAL ENCLAVE DEFENSE AND HCEE; EMAIL COMMUNICATIONS WITH CHRIS RE: ----------; CONFERENCE WITH SHOHIN VANCE, ESQ. RE: ---------- |
| 26 | 04/04/2018 | JJV | 0.20 | 360.00 | $72.00 | REVIEW EMAIL FROM PRR RE FOIA RESEARCH; RESEARCH SAME; EMAIL TO PRR RE RESEARCH; |
| 27 | 04/05/2018 | JJV | 0.10 | 360.00 | $36.00 | @ TELEPHONE CALL WITH PRR RE FOIA REQUEST; |
| 28 | 04/05/2018 | PRR | 0.60 | 490.00 | $294.00 | REVIEW EMAIL FROM CHRIS RE: OPPOSING COUNSEL'S DISCUSSION OF FEDERAL ENCLAVE; TELEPHONE CALL WITH CHRIS RE: ----------; PREPARE NOTES TO FILE RE: ---------- |
| 29 | 04/06/2018 | PRR | 0.30 | 490.00 | $147.00 | REVIEW VAN'S TASM W2'S; EMAIL COMMUNICATIONS WITH CHRIS RE: FEDERAL ENCLAVE DOCTRINE |
| 30 | 04/09/2018 | PRR | 0.50 | 490.00 | $245.00 | EMAIL COMMUNICATIONS WITH CHRIS RE: ----------; PREPARE NOTES TO FILE RE: ----------; REVIEW NOVAK SUMMONS PROOF OF SERVICE |
| 31 | 04/09/2018 | PRR | 0.60 | 490.00 | $294.00 | EMAIL COMMUNICATIONS WITH CHRIS RE: ----------; REVIEW DEFENDANT'S LETTER RE: MOTION TO DISMISS; REVIEW SAME; EMAIL COMMUNICATIONS WITH CHRIS RE: ---------- |
| 32 | 04/10/2018 | PRR | 2.30 | 490.00 | $1,127.00 | RESEARCH RE: ENCLAVE DEFENSE, HCEE EXEMPTION, PTO PAY BACK; EMAIL COMMUNICATIONS WITH CHRIS RE: ----------; PREPARE NOTES TO FILE RE: ENCLAVE DEFENSE |
| 33 | 04/11/2018 | PRR | 1.00 | 490.00 | $490.00 | REVIEW EMAIL COMMUNICATIONS WITH CHRIS RE: RESULTS OF MEET AND CONFER CALL; REVIEW COMPLAINT RE: SAME; TELEPHONE CALL WITH CHRIS RE: ---------- |
| 34 | 04/12/2018 | PRR | 1.50 | 490.00 | $735.00 | REVIEW EMAIL COMMUNICATIONS RE: MEET AND CONFER TOPICS; RESEARCH RE: ENCLAVE DOCTRINE, ENACTMENT OF CA STATUTES, AND AMENDING PLEADINGS |
| 35 | 04/12/2018 | PRR | 2.00 | 490.00 | $980.00 | RESEARCH RE: TIMESHEET POLICIES, WHISTLEBLOWER CLAIM, AND FOIA REQUEST TO THE DCAA; PREPARE SAME; EMAIL COMMUNICATIONS WITH CLIENTS RE: ----------; PREPARE FIRST AMENDED COMPLAINT; TELEPHONE CALL WITH CHRIS RE: ---------- |
| 36 | 04/16/2018 | PRR | 1.50 | 490.00 | $735.00 | PREPARE FIRST AMENDED COMPLAINT; TELEPHONE CALLS WITH CLIENT RE: ---------- |
| 37 | 04/17/2018 | PRR | 2.50 | 490.00 | $1,225.00 | REVIEW NOTES FROM VAN AND GERMAIN RE: ----------; CONTINUE PREPARATION OF SAME; EMAIL DRAFT TO CHRIS FOR REVIEW |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 44 | 38 | 04/17/2018 | PRR | 0.70 | 490.00 | $343.00 | PREPARE DRAFT OF LITIGATION HOLD/ SPOLIATION LETTER TO JOENS; EMAIL SAME TO CHRIS FOR REVIEW |
| 45 | 39 | 04/18/2018 | PRR | 0.80 | 490.00 | $392.00 | REVIEW EMAIL FROM CHRIS RE: ----------; REVIEW SAME; TELEPHONE CALL WITH CHRIS RE: ---------- |
| 46 | 40 | 04/19/2018 | PRR | 0.10 | 490.00 | $49.00 | REVIEW EMAIL COMMUNICATIONS FROM OPPOSING COUNSEL RE: EXTENSION TO RESPOND TO AMENDED COMPLAINT; EMAIL COMMUNICATIONS WITH CHRIS RE: ---------- |
| 47 | 41 | 04/19/2018 | PRR | 0.20 | 490.00 | $98.00 | REVIEW EMAIL FROM CHRIS RE: FILED AMENDED COMPLAINT AND LITIGATION HOLD LETTER TO JOENS; REVIEW SAME |
| 48 | 42 | 04/23/2018 | PRR | 0.50 | 490.00 | $245.00 | RESEARCH RE: PROFESSIONAL EMPLOYEE EXEMPTION; EMAIL COMMUNICATIONS WITH GERMAIN RE: ----------; REVIEW COURT'S NOTICE RE: ADR |
| 49 | 43 | 05/01/2018 | PRR | 0.60 | 490.00 | $294.00 | REVIEW EMAIL FROM OPPOSING COUNSEL RE: GROUNDS TO DISMISS AMENDED COMPLAINT; RESEARCH RE: SAME; EMAIL COMMUNICATIONS WITH CHRIS RE: ---------- |
| 50 | 44 | 05/01/2018 | PRR | 0.20 | 490.00 | $98.00 | EMAIL COMMUNICATIONS WITH CHRIS RE: COUNSEL'S REQUEST FOR MEET AND CONFER PRIOR TO MOTION TO DISMISS |
| 51 | 45 | 05/02/2018 | PRR | 1.00 | 490.00 | $490.00 | REVIEW FIRST AMENDED COMPLAINT AND RESEARCH ALL CLAIMS; PREPARE/ SEND EMAIL TO CHRIS RE: ---------- |
| 52 | 46 | 05/02/2018 | PRR | 0.30 | 490.00 | $147.00 | MULTIPLE EMAIL COMMUNICATIONS WITH CHRIS RE: CALL WITH JOENS TO DISMISS AMENDED COMPLAINT; EMAIL COMMUNICATIONS WITH CHRIS RE: ---------- |
| 53 | 47 | 05/03/2018 | PRR | 0.30 | 490.00 | $147.00 | EMAIL COMMUNICATIONS WITH PLAINTIFFS RE: ----------; CALCULATE POTENTIAL DAMAGES; EMAIL COMMUNICATIONS WITH CHRIS RE: ---------- |
| 54 | 48 | 05/08/2018 | PRR | 0.20 | 490.00 | $98.00 | TELEPHONE CALL WITH CHRIS RE: PREPARATION FOR MOTION TO DISMISS |
| 55 | 49 | 05/09/2018 | PRR | 1.00 | 490.00 | $490.00 | REVIEW EMAIL FROM CHRIS RE: TASM'S MOTION TO DISMISS AND NOVAK'S ANSWER TO AMENDED COMPLAINT; REVIEW SAME; EMAIL COMMUNICATIONS WITH CHRIS RE: ---------- |
| 56 | 50 | 05/10/2018 | PRR | 2.00 | 490.00 | $980.00 | REVIEW TASM'S MOTION TO DISMISS FAC; PREPARE NOTES RE: RESPONSE; EMAIL SAME TO CHRIS |
| 57 | 51 | 05/11/2018 | PRR | 0.10 | 490.00 | $49.00 | EMAIL COMMUNICATIONS WITH CHRIS RE: ---------- |
| 58 | 52 | 05/15/2018 | PRR | 1.30 | 490.00 | $637.00 | RESEARCH RE: RESPONSE TO MTD; EMAIL COMMUNICATIONS WITH CHRIS AND PLAINTIFFS RE: ----------; REVIEW DOCUMENT RE: CESSION OF CA LAND TO THE U.S. |
| 59 | 53 | 05/15/2018 | PRR | 1.00 | 490.00 | $490.00 | CONFERENCE WITH PAUL GAGNE, ESQ. RE: ----------; TELEPHONE CALL WITH CHRIS RE: ---------- |
| 60 | 54 | 05/15/2018 | PRR | 0.40 | 490.00 | $196.00 | REVIEW ORDER SCHEDULING CONFERENCE; CALENDAR DATES |
| 61 | 55 | 05/15/2018 | PGG | 0.50 | 465.00 | $232.50 | REVIEW ISSUES RELATING TO CALIFORNIA OVERTIME LAW |
| 62 | 56 | 05/16/2018 | PGG | 6.60 | 465.00 | $3,069.00 | RESEARCH RE HISTORY OF CALIFORNIA WAGE LAWS -- OVERTIME, EIGHT-HOUR DAY, FAILURE TO MAKE PAYMENT, OVERTIME AND MEAL BREAKS |
| 63 | 57 | 05/16/2018 | PRR | 1.70 | 490.00 | $833.00 | REVIEW EMAIL FROM CHRIS RE: DRAFT OF MTD RESPONSE; EMAIL COMMUNICATIONS WITH PAUL GAGNE, ESQ. RE: ----------; PROOF/ REVISE SAME; RESEARCH RE: EXTRA-TERRITORIAL APPLICATION OF CA LAW |
| 64 | 58 | 05/17/2018 | PRR | 0.30 | 490.00 | $147.00 | TELEPHONE CALL WITH C. MORIN RE: AFFIDAVIT THAT PLAINTIFFS ALWAYS AT RTF |
| 65 | 59 | 05/17/2018 | PRR | 0.70 | 490.00 | $343.00 | REVIEW EMAIL COMMUNICATIONS FROM CHRIS AND OPPOSING COUNSEL RE: RULE 26 CONFERENCE; TELEPHONE CALL WITH CHRIS RE: SAME, DISCOVERY, SETTLEMENT AND MTD RESPONSE |
| 66 | 60 | 05/17/2018 | PRR | 0.70 | 490.00 | $343.00 | REVIEW EMAIL COMMUNICATIONS FROM CHRIS AND JOENS RE: RULE 26 CONFERENCE CALL; TELEPHONE CALL WITH CHRIS RE: SAME; REVIEW COURT-STAMPED RESPONSE TO DEFENDANT'S MTD; EMAIL COMMUNICATIONS WITH CHRIS RE: ---------- |
| 67 | 61 | 05/17/2018 | PRR | 3.00 | 490.00 | $1,470.00 | RESEARCH RE: CA CLAIMS WHILE WORKING IN OTHER STATE; PROOF/ REVISE MTD RESPONSE; EMAIL SAME TO CHRIS FOR REVIEW |
| 68 | 62 | 05/18/2018 | PGG | 2.70 | 465.00 | $1,255.50 | RESEARCH RE HISTORY OF CALIFORNIA OVERTIME LAWS AND LOCATION OF EMPLOYMENT FOR PURPOSES OF SUMS OWED (CALIFORNIA OR ARIZONA) |
| 69 | 63 | 05/21/2018 | PRR | 0.40 | 490.00 | $196.00 | EMAIL COMMUNICATIONS WITH VAN RE: ----------; PREPARE NOTES TO FILE RE: SAME; TELEPHONE CALL WITH CHRIS RE: SAME |
| 70 | 64 | 05/22/2018 | PRR | 0.20 | 490.00 | $98.00 | REVIEW EMAIL FROM VAN RE: ----------; REVIEW SAME |
| 71 | 65 | 05/22/2018 | PRR | 0.50 | 490.00 | $245.00 | REVIEW INFORMATION FROM R. SAWYER RE: DECLARATION; PREPARE SAME; EMAIL SAME TO CHRIS FOR REVIEW |
| 72 | 66 | 05/22/2018 | PRR | 0.50 | 490.00 | $245.00 | MULTIPLE CONFERENCES WITH PAUL GAGNE, ESQ. RE: STATUS OF CA OVERTIME LAW; REVIEW RELEVANT CASES AND IWC ORDERS |
| 73 | 67 | 05/22/2018 | PGG | 2.60 | 465.00 | $1,209.00 | RESEARCH RE: HISTORY OF CALIFORNIA EIGHT-HOUR DAY OVERTIME STATUTE AND APPLICABLE CASELAW |
| 74 | 68 | 05/23/2018 | PRR | 0.50 | 490.00 | $245.00 | TELEPHONE CALL WITH CHRIS RE: ----------; RESEARCH RE: ENCLAVE DEFENSE |
| 75 | 69 | 05/24/2018 | PRR | 1.00 | 490.00 | $490.00 | REVIEW REPLY IN SUPPORT OF DEFENDANT'S MTD; EMAIL COMMUNICATIONS WITH CHRIS RE: ---------- |
| 76 | 70 | 05/24/2018 | PRR | 0.40 | 490.00 | $196.00 | REVIEW DECLARATION OF CHAD TEEGARDIN |
| 77 | 71 | 05/30/2018 | PRR | 0.50 | 490.00 | $245.00 | REVIEW DEFENDANT'S DRAFT OF RULE 26 REPORT; TELEPHONE CALL WITH CHRIS RE: ---------- |
| 78 | 72 | 05/31/2018 | PRR | 1.00 | 490.00 | $490.00 | REVIEW CHRIS' DRAFT OF RULE 26 JOINT REPORT; PROOF/ REVISE SAME; PREPARE DRAFT OF RULE 26 DISCLOSURES; EMAIL SAME TO CHRIS FOR REVIEW |
| 79 | 73 | 05/31/2018 | PRR | 0.70 | 490.00 | $343.00 | REVIEW FILED PLAINTIFFS' RULE 26 DISCLOSURES, DEFENDANTS' RULE 26 DISCLOSURES, AND RULE 26 JOINT REPORT; EMAIL COMMUNICATIONS RE: SAME AND CASE STRATEGY |
| 80 | 74 | 06/01/2018 | PRR | 0.30 | 490.00 | $147.00 | EMAIL COMMUNICATIONS WITH CHRIS RE: ---------- |
| 81 | 75 | 06/01/2018 | PRR | 0.40 | 490.00 | $196.00 | REVIEW DRAFT OF M. RICHARD'S AFFIDAVIT; EMAIL COMMUNICATIONS WITH CHRIS RE: ---------- |
| 82 | 76 | 06/04/2018 | PRR | 0.60 | 490.00 | $294.00 | REVIEW EMAIL FROM VAN RE: ----------; REVIEW SAME; EMAIL COMMUNICATIONS WITH VAN RE: ---------- |
| 83 | 77 | 06/05/2018 | PRR | 0.30 | 490.00 | $147.00 | TELEPHONE CALL WITH CHRIS RE: ---------- |
| 84 | 78 | 06/06/2018 | PRR | 0.50 | 490.00 | $245.00 | PREPARE PLAINTIFFS' AMENDED RULE 26 DISCLOSURES; EMAIL SAME TO CHRIS FOR REVIEW; REVIEW FINAL DECLARATION OF M. RICHARDS; EMAIL SAME TO CHRIS |
| 85 | 79 | 06/06/2018 | PRR | 0.30 | 490.00 | $147.00 | TELEPHONE CALLS WITH CHRIS RE: ---------- |

|     | A   | B          | C   | D    | E      | F         | G |
| --- | --- | ---------- | --- | ---- | ------ | --------- | --- |
| 86  | 80  | 06/07/2018 | PRR | 0.70 | 490.00 | $343.00   | REVIEW EMAIL FROM CHRIS RE: ----------; TELEPHONE CALL WITH CHRIS RE: ---------- |
| 87  | 81  | 06/07/2018 | PRR | 1.00 | 490.00 | $490.00   | PREPARE DOCUMENT REQUESTS RE: PTO POLICY; EMAIL COMMUNICATIONS WITH CHRIS RE: ----------; TELEPHONE CALL WITH CHRIS RE: ---------- |
| 88  | 82  | 06/08/2018 | PRR | 2.30 | 490.00 | $1,127.00 | PREPARE PLAINTIFFS' FIRST SET OF DISCOVERY REQUESTS; EMAIL SAME TO CHRIS FOR REVIEW |
| 89  | 83  | 06/08/2018 | PRR | 0.10 | 490.00 | $49.00    | REVIEW EMAIL COMMUNICATIONS FROM JOENS RE: OVERBROAD PTO DOCUMENT REQUESTS; EMAIL COMMUNICATIONS WITH CHRIS RE: ---------- |
| 90  | 84  | 06/11/2018 | PRR | 0.70 | 490.00 | $343.00   | REVIEW COURT'S ORDER RE: TASM'S MOTION TO DISMISS |
| 91  | 85  | 06/12/2018 | PRR | 1.50 | 490.00 | $735.00   | RESEARCH RE: CA CHOICE OF LAW ISSUE; PREPARE/ SEND EMAIL TO CHRIS RE: ---------- |
| 92  | 86  | 06/12/2018 | PRR | 0.40 | 490.00 | $196.00   | TELEPHONE CALL WITH CHRIS RE: ---------- |
| 93  | 87  | 06/12/2018 | PRR | 0.50 | 490.00 | $245.00   | REVIEW EMAIL FROM CHRIS RE: ----------; REVIEW SAME; EMAIL COMMUNICATIONS WITH CHRIS RE: ---------- |
| 94  | 88  | 06/19/2018 | PRR | 0.50 | 490.00 | $245.00   | PREPARE DOCUMENT REQUESTS TO NOVAK; EMAIL COMMUNICATIONS WITH CHRIS RE: ----------; RESEARCH CA CASES RE: SAME |
| 95  | 89  | 06/20/2018 | PRR | 0.80 | 490.00 | $392.00   | PREPARE DRAFT OF DOCUMENT REQUESTS TO NOVAK; EMAIL SAME TO CHRIS FOR REVIEW |
| 96  | 90  | 06/21/2018 | PRR | 0.20 | 490.00 | $98.00    | REVIEW EMAIL FROM CHRIS TO JOENS RE: PLAINTIFFS' FIRST DOCUMENT REQUESTS TO NOVAK; REVIEW SAME |
| 97  | 91  | 06/22/2018 | PRR | 1.00 | 490.00 | $490.00   | REVIEW EMAILS FROM CHRIS AND JOENS RE: DOCUMENTS RESPONSIVE TO PTO REQUEST; REVIEW SAME; EMAIL COMMUNICATIONS WITH CHRIS RE: SAME |
| 98  | 92  | 06/25/2018 | PRR | 0.80 | 490.00 | $392.00   | REVIEW PTO POLICY RE: ACCRUAL AMOUNTS; EMAIL COMMUNICATIONS WITH CHRIS RE: ---------- |
| 99  | 93  | 06/25/2018 | PRR | 0.20 | 490.00 | $98.00    | REVIEW EMAIL COMMUNICATIONS WITH JOENS AND CHRIS RE: DISCOVERY SERVED ON DEFENDANTS AND RESPONSE DATES |
| 100 | 94  | 06/29/2018 | PRR | 0.20 | 490.00 | $98.00    | EMAIL COMMUNICATIONS WITH VAN AND GERMAIN RE: ---------- |
| 101 | 95  | 07/04/2018 | PRR | 1.00 | 490.00 | $490.00   | REVIEW EMAIL FROM CHRIS RE: DRAFT OF SECOND AMENDED COMPLAINT; PROOF/ REVISE SAME |
| 102 | 96  | 07/09/2018 | PRR | 1.00 | 490.00 | $490.00   | REVIEW EMAIL COMMUNICATIONS FROM CHRIS AND JOENS RE: EXTENSION FOR DISCOVERY RESPONSES; REVIEW PLEADINGS RE: STATEMENTS MADE BY TASM; TELEPHONE CALL WITH CHRIS RE: ----------; REVIEW JUDGE'S PROCEDURES FOR DISCOVERY MOTIONS |
| 103 | 97  | 07/11/2018 | PRR | 0.30 | 490.00 | $147.00   | TELEPHONE CALL WITH CHRIS RE: ----------; PREPARE SAME |
| 104 | 98  | 07/11/2018 | PRR | 0.30 | 490.00 | $147.00   | TELEPHONE CALL WITH CHRIS RE: ----------; REVIEW SAME AND EMAIL TO JOENS RE: SERVICE OF SAME |
| 105 | 99  | 07/13/2018 | PRR | 0.30 | 490.00 | $147.00   | REVIEW EMAIL COMMUNICATIONS WITH JOENS RE: SCHEDULING DEPOSITION OF BURGSTAHLER; REVIEW FILE RE: JOENS' PRIOR DELAYS AND REQUESTS FOR EXTENSIONS; EMAIL COMMUNICATIONS WITH CHRIS RE: ---------- |
| 106 | 100 | 07/16/2018 | PRR | 0.20 | 490.00 | $98.00    | REVIEW ORDER FROM CT RE: MEDIATOR SELECTION; REVIEW CT FORM FOR ADR; EMAIL COMMUNICATIONS WITH CHRIS RE: ---------- |
| 107 | 101 | 07/18/2018 | PRR | 0.50 | 490.00 | $245.00   | REVIEW FILED ANSWERS FROM DEFENDANTS; TELEPHONE CALL WITH CHRIS RE: SAME AND STATUS OF DISCOVERY |
| 108 | 102 | 07/19/2018 | PRR | 1.00 | 490.00 | $490.00   | REVIEW DEFENDANTS' ANSWERS TO SECOND AMENDED COMPLAINT; PREPARE NOTES TO FILE RE: SAME |
| 109 | 103 | 07/19/2018 | PRR | 0.70 | 490.00 | $343.00   | REVIEW DEFENDANTS' ANSWERS TO SAC AND COMPARE WITH NOVAK'S ANSWER TO THE COMPLAINT; PREPARE NOTES TO FILE RE: SAME; EMAIL COMMUNICATIONS WITH CHRIS RE: ---------- |
| 110 | 104 | 07/23/2018 | PRR | 0.70 | 490.00 | $343.00   | REVIEW LETTER FROM JOENS RE: TASM'S RESPONSES TO DISCOVERY; REVIEW SAME; EMAIL COMMUNICATIONS WITH CHRIS RE: ---------- |
| 111 | 105 | 07/23/2018 | PRR | 0.20 | 490.00 | $98.00    | REVIEW PLAINTIFFS' FIRST SET OF DISCOVERY REQUESTS TO BOTH DEFENDANTS; REVIEW TASM'S INITIAL DISCLOSURES; PREPARE NOTES TO CHRIS RE: DISCOVERY DISPUTES |
| 112 | 106 | 07/24/2018 | PRR | 0.40 | 490.00 | $196.00   | REVIEW EMAIL FROM JOENS RE: DEFENDANTS' DISCOVERY RESPONSES AND PRODUCTION OF ADDITIONAL DOCUMENTS; REVIEW SAME; TELEPHONE CALL WITH CHRIS RE: ---------- |
| 113 | 107 | 07/25/2018 | PRR | 0.30 | 490.00 | $147.00   | REVIEW MAGISTRATE'S PROCEDURE FOR DISCOVERY DISPUTES; PREPARE NOTES RE: DEFENDANTS' DISCOVERY VIOLATIONS |
| 114 | 108 | 07/26/2018 | PRR | 0.50 | 490.00 | $245.00   | REVIEW PLAINTIFFS' TIMESHEETS |
| 115 | 109 | 07/30/2018 | PRR | 1.00 | 490.00 | $490.00   | REVIEW EMAIL FROM CHRIS RE: DOCUMENTS PRODUCED BY NOVAK; REVIEW SAME; EMAIL COMMUNICATIONS WITH CHRIS RE: ---------- |
| 116 | 110 | 07/30/2018 | PRR | 0.80 | 490.00 | $392.00   | TELEPHONE CALL WITH CHRIS RE: ----------; REVIEW ADDITIONAL DOCUMENTS PRODUCED BY TASM |
| 117 | 111 | 07/31/2018 | PRR | 2.00 | 490.00 | $980.00   | RESEARCH RE: FRCP DISCOVERY VIOLATIONS; REVIEW DEFENDANTS' DISCOVERY RESPONSES RE: SAME AND SANCTIONS MOTION |
| 118 | 112 | 08/01/2018 | PRR | 0.30 | 490.00 | $147.00   | RESEARCH RE: RECOVERY OF ATTORNEY'S FEES IN CALIFORNIA |
| 119 | 113 | 08/01/2018 | PRR | 1.00 | 490.00 | $490.00   | REVIEW CHRIS' DRAFT OF DISCOVERY DISPUTE MEET AND CONFER LETTER; PREPARE REDLINED DRAFT OF SAME; EMAIL COMMUNICATIONS WITH CHRIS RE: ----------- |
| 120 | 114 | 08/03/2018 | PRR | 1.00 | 490.00 | $490.00   | REVIEW COURT'S NOTICE OF ASSIGNMENT TO MEDIATOR; RESEARCH RE: MEDIATOR LAPIDUS; EMAIL COMMUNICATIONS WITH CHRIS RE: SAME; REVIEW DEFENDANTS' FIRST SET OF DISCOVERY TO PLAINTIFFS; EMAIL COMMUNICATIONS WITH CHRIS RE: ---------- |
| 121 | 115 | 08/03/2018 | PRR | 0.20 | 490.00 | $98.00    | EMAIL COMMUNICATIONS WITH CHRIS RE: ---------- |
| 122 | 116 | 08/06/2018 | PRR | 0.30 | 490.00 | $147.00   | REVIEW PACER DOCKET RE: CASE ACTIVITY; EMAIL COMMUNICATIONS WITH CHRIS RE: SAME |
| 123 | 117 | 08/06/2018 | PRR | 0.40 | 490.00 | $196.00   | REVIEW EMAIL COMMUNICATIONS FROM CHRIS AND JOENS RE: TASM'S SUPPLEMENTAL DISCOVERY RESPONSES; TELEPHONE CALL WITH CHRIS RE: ---------- |
| 124 | 118 | 08/06/2018 | PRR | 0.60 | 490.00 | $294.00   | REVIEW LETTERS FROM JOENS RE: RESPONSE TO DISCOVERY RESPONSES DEFICIENCIES; EMAIL COMMUNICATIONS WITH CHRIS RE: ---------- |

|   | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 125 | 119 | 08/07/2018 | PRR | 0.80 | 490.00 | $392.00 | REVIEW LETTERS FROM JOENS RE: RESPONSES TO CHRIS' DISCOVERY DISPUTES MEET AND CONFER LETTER; REVIEW PLAINTIFFS' FIRST SET OF DISCOVERY REQUESTS AND RESPONSES TO SAME; EMAIL COMMUNICATIONS WITH CHRIS RE: ---------- |
| 126 | 120 | 08/08/2018 | PRR | 0.30 | 490.00 | $147.00 | TELEPHONE CALL WITH CHRIS RE: RESULTS OF MEET AND CONFER CALL WITH JOENS AND PRODUCTION OF DISCOVERY RESPONSES |
| 127 | 121 | 08/08/2018 | PRR | 0.20 | 490.00 | $98.00 | TELEPHONE CALL WITH CHRIS RE: ---------- |
| 128 | 122 | 08/10/2018 | PRR | 0.50 | 490.00 | $245.00 | REVIEW MULTIPLE EMAIL COMMUNICATIONS FROM CHRIS AND JOENS RE: CONTINUED DISCOVERY DISPUTES; TELEPHONE CALL WITH CHRIS RE: ---------- |
| 129 | 123 | 08/13/2018 | PRR | 0.10 | 490.00 | $49.00 | REVIEW COURT'S SCHEDULING ORDER AND CALENDAR DATES FOR MEDIATION AND DISCOVERY CUT-OFF |
| 130 | 124 | 08/13/2018 | PRR | 0.50 | 490.00 | $245.00 | TELEPHONE CALL WITH CHRIS RE: ----------; PREPARE 30(B)(6) DEPOSITION NOTICE; EMAIL SAME TO CHRIS FOR REVIEW |
| 131 | 125 | 08/13/2018 | PRR | 0.20 | 490.00 | $98.00 | MULTIPLE EMAIL COMMUNICATIONS WITH CHRIS RE: ---------- |
| 132 | 126 | 08/14/2018 | PRR | 1.00 | 490.00 | $490.00 | PREPARE 30(B)(6) DEPOSITION NOTICE AND NOVAK NOTICE; EMAIL SAME TO CHRIS FOR REVIEW; TELEPHONE CALL WITH CHRIS RE: SAME |
| 133 | 127 | 08/14/2018 | PRR | 0.30 | 490.00 | $147.00 | EMAIL COMMUNICATIONS WITH CHRIS RE: SERVICE OF DEPOSITION NOTICES AND 8/15 MEET AND CONFER CALL TO DISCUSS CONTINUED DISCOVERY OBJECTIONS |
| 134 | 128 | 08/15/2018 | PRR | 0.20 | 490.00 | $98.00 | TELEPHONE CALL WITH CHRIS RE: ----------; REVIEW DEPOSITION NOTICES TO NOVAK AND TASM |
| 135 | 129 | 08/16/2018 | PRR | 0.50 | 490.00 | $245.00 | TELEPHONE CALL WITH CHRIS RE: ---------- |
| 136 | 130 | 08/16/2018 | PRR | 3.50 | 490.00 | $1,715.00 | REVIEW DOCUMENTS PRODUCED BY DEFENDANTS AND DISCOVERY REQUESTS TO PLAINTIFFS; TELEPHONE CALL WITH VAN RE: ----------; REVIEW PLAINTIFFS' TIMESHEETS; COMPUTE OVERTIME HOURS |
| 137 | 131 | 08/17/2018 | PRR | 0.20 | 490.00 | $98.00 | REVIEW TASM'S RULE 26 DISCLOSURES RE: INDIVIDUALS WITH KNOWLEDGE; EMAIL COMMUNICATIONS WITH CHRIS RE: ---------- |
| 138 | 132 | 08/17/2018 | PRR | 2.40 | 490.00 | $1,176.00 | PREPARE BREAKDOWN OF CA AND FLSA OVERTIME HOURS; EMAIL COMMUNICATIONS WITH CHRIS RE: ----------; REVIEW FILE AND DOCUMENTS PRODUCED RE: PREPARATION OF ADDITIONAL DOCUMENT REQUESTS TO DEFENDANTS; EMAIL COMMUNICATIONS WITH CHRIS RE: ----------; TELEPHONE CALL WITH CHRIS RE: ---------- |
| 139 | 133 | 08/17/2018 | PRR | 0.50 | 490.00 | $245.00 | REVIEW MULTIPLE EMAIL COMMUNICATIONS FROM CHRIS AND JOENS RE: CONTINUED DISCOVERY DISPUTES; REVIEW DEFENDANTS' RULE 26 DISCLOSURES; PREPARE/ SEND EMAILS TO CHRIS RE: SAME |
| 140 | 134 | 08/20/2018 | PRR | 0.40 | 490.00 | $196.00 | REVIEW EMAIL COMMUNICATIONS FROM JOENS AND CHRIS RE: BURGSTAHLER DEPOSITION AND CONTINUED DISCOVERY DISPUTES; TELEPHONE CALL WITH CHRIS RE: ---------- |
| 141 | 135 | 08/21/2018 | PRR | 0.30 | 490.00 | $147.00 | REVIEW EMAIL COMMUNICATIONS FROM CHRIS AND JOENS RE: DISCOVERY ISSUES; TELEPHONE CALL WITH CHRIS RE: ---------- |
| 142 | 136 | 08/23/2018 | PRR | 0.60 | 490.00 | $294.00 | REVIEW JOENS' EMAIL RE: CONTINUED DISCOVERY ISSUES; REVIEW FILE RE: ALL DISCOVERY DISPUTES TO DATE; PREPARE/ SEND RESPONSE TO JOENS; EMAIL COMMUNICATIONS WITH CHRIS RE: ---------- |
| 143 | 137 | 08/24/2018 | PRR | 0.10 | 490.00 | $49.00 | EMAIL COMMUNICATIONS WITH CHRIS RE: ---------- |
| 144 | 138 | 08/27/2018 | PRR | 0.40 | 490.00 | $196.00 | REVIEW TASM'S AND NOVAK'S DISCOVERY REQUESTS TO VAN AND GERMAIN |
| 145 | 139 | 08/28/2018 | PRR | 1.00 | 490.00 | $490.00 | REVIEW DEFENDANTS' DISCOVERY REQUESTS; EMAIL COMMUNICATIONS WITH PLAINTIFFS RE: ----------; TELEPHONE CALL WITH VAN RE: ----------; REVIEW VAN'S RESPONSE DOCUMENTS |
| 146 | 140 | 08/29/2018 | PRR | 2.60 | 490.00 | $1,196.00 | PREPARE PLAINTIFFS' RESPONSES TO DEFENDANTS' FIRST SET OF DOCUMENT REQUESTS; TELEPHONE CALL WITH CHRIS RE: ----------; REVIEW PLAINTIFFS' RESPONSIVE DOCUMENTS; REVIEW EMAIL COMMUNICATIONS BETWEEN CHRIS AND JOENS RE: CONTINUED DISCOVERY DISPUTES |
| 147 | 141 | 08/30/2018 | PRR | 2.30 | 490.00 | $1,127.00 | REVIEW EMAIL COMMUNICATIONS BETWEEN CHRIS AND JOENS RE: CONTINUED DISCOVERY DISPUTES; CONTINUE PREPARATION OF RESPONSES TO DEFENDANTS' FIRST INTERROGATORIES AND DOCUMENT REQUESTS; EMAIL COMMUNICATIONS WITH CHRIS RE: SAME; REVIEW PLAINTIFFS' RESPONSIVE DOCUMENTS |
| 148 | 142 | 08/31/2018 | PRR | 0.20 | 490.00 | $98.00 | TELEPHONE CALL WITH CHRIS RE: ---------- |
| 149 | 143 | 09/04/2018 | PRR | 2.00 | 490.00 | $980.00 | PREPARE PLAINTIFFS' OBJECTIONS AND RESPONSES TO DEFENDANTS' FIRST SET OF DISCOVERY REQUESTS; REVIEW PLAINTIFFS' RESPONSIVE DOCUMENTS; TELEPHONE CALL WITH EVIE RE: FORMATTING AND SERVING SAME |
| 150 | 144 | 09/05/2018 | PRR | 1.90 | 490.00 | $931.00 | PROOF/ REVISE PLAINTIFFS' FINAL DISCOVERY RESPONSES; EMAIL COMMUNICATIONS WITH EVIE RE: SAME AND SERVICE OF SAME; EMAIL COMMUNICATIONS WITH CHRIS RE: ---------- |
| 151 | 145 | 09/10/2018 | PRR | 0.50 | 490.00 | $245.00 | REVIEW DEFENDANTS' INITIAL DISCOVERY RESPONSES; PREPARE/ SEND EMAIL TO CHRIS RE: ---------- |
| 152 | 146 | 09/17/2018 | PRR | 0.30 | 490.00 | $147.00 | EMAIL COMMUNICATIONS WITH CHRIS RE: ----------; REVIEW FILE RE: OUTSTANDING DISCOVERY ISSUES |
| 153 | 147 | 09/18/2018 | PRR | 0.50 | 490.00 | $245.00 | TELEPHONE CALL WITH CHRIS RE: ----------; EMAIL COMMUNICATIONS WITH CHRIS RE: ----------; REVIEW JOENS' EMAILS RE: SAME |
| 154 | 148 | 09/21/2018 | PRR | 0.60 | 490.00 | $294.00 | REVIEW EMAIL FROM JOENS RE: DEFENDANTS' SUPPLEMENTAL DISCOVERY RESPONSES; REVIEW SAME; EMAIL COMMUNICATIONS WITH CHRIS RE: SAME |
| 155 | 149 | 09/24/2018 | PRR | 0.80 | 490.00 | $392.00 | REVIEW DEFENDANTS' SUPPLEMENTAL DISCOVERY REQUESTS; EMAIL COMMUNICATIONS WITH CHRIS RE: ---------- |
| 156 | 150 | 09/24/2018 | PRR | 1.20 | 490.00 | $588.00 | REVIEW EMAIL COMMUNICATIONS FROM CHRIS AND JOENS RE: ADDITIONAL DOCUMENTS PRODUCED BY DEFENDANTS; REVIEW SAME |
| 157 | 151 | 09/25/2018 | PRR | 0.60 | 490.00 | $294.00 | REVIEW EMAIL COMMUNICATIONS FROM CHRIS AND JOENS RE: TASM'S SUPPLEMENTAL DOCUMENT PRODUCTION; REVIEW DOCUMENTS; EMAIL COMMUNICATIONS WITH CHRIS RE: SAME AND DEPOSITIONS OF NOVAK AND PEREZ |
| 158 | 152 | 09/26/2018 | PRR | 0.50 | 490.00 | $245.00 | TELEPHONE CALL WITH CHRIS RE: ----------; REVIEW TASM DISCOVERY RESPONSES RE: SAME |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 159 | 153 | 09/27/2018 | PRR | 0.70 | 490.00 | $343.00 | TELEPHONE CALL WITH CHRIS RE: ----------; CONFERENCE WITH SHOHIN VANCE RE: ----------; REVIEW FILINGS AND DISCOVERY IN PREPARATION FOR MOTION |
| 160 | 154 | 10/02/2018 | PRR | 0.20 | 490.00 | $98.00 | MULTIPLE EMAIL COMMUNICATIONS WITH SHOHIN VANCE AND CHRIS RE: MOTION FOR PARTIAL SUMMARY JUDGMENT |
| 161 | 155 | 10/03/2018 | PRR | 0.50 | 490.00 | $245.00 | CONFERENCE WITH SHOHIN VANCE RE: ----------; EMAIL COMMUNICATIONS WITH SHOHIN VANCE AND CHRIS RE: ---------- |
| 162 | 156 | 10/04/2018 | PRR | 0.20 | 490.00 | $98.00 | EMAIL COMMUNICATIONS WITH CHRIS RE: ----------; CONFERENCE WITH SHOHIN VANCE RE: ---------- |
| 163 | 157 | 10/04/2018 | PRR | 0.40 | 490.00 | $196.00 | EMAIL COMMUNICATIONS WITH CHRIS RE: ----------; TELEPHONE CALL WITH CHRIS RE: ---------- |
| 164 | 158 | 10/05/2018 | PRR | 0.70 | 490.00 | $343.00 | EMAIL COMMUNICATIONS FROM CHRIS RE: ----------; PREPARE SAME |
| 165 | 159 | 10/05/2018 | PRR | 0.10 | 490.00 | $49.00 | EMAIL COMMUNICATIONS WITH VAN RE: ---------- |
| 166 | 160 | 10/10/2018 | PRR | 1.00 | 490.00 | $490.00 | REVIEW FILE NOTES, DEFENDANTS' DISCOVERY RESPONSES, TIMESHEETS AND PAYSTUBS IN ORDER TO PREPARE DAMAGES CALCULATION; PREPARE SAME; EMAIL SAME TO CHRIS FOR REVIEW |
| 167 | 161 | 10/12/2018 | PRR | 0.80 | 490.00 | $294.00 | MULTIPLE EMAIL COMMUNICATIONS WITH CHRIS RE: ----------; CONTINUE PREPARATION OF PLAINTIFFS' DAMAGES SUMMARY; EMAIL COMMUNICATIONS WITH CHRIS RE: ---------- |
| 168 | 162 | 10/15/2018 | PRR | 1.30 | 490.00 | $637.00 | PREPARE FOR BURGSTAHLER DEPOSITION; RESEARCH RE: APPLICABLE FLSA EXEMPTIONS TO PLAINTIFFS; PREPARE DAMAGES CALCULATIONS; PREPARE FOR 30 (B)(6) DEPOSITION; TELEPHONE CALL WITH CHRIS RE: ---------- |
| 169 | 163 | 10/15/2018 | PRR | 1.00 | 490.00 | $490.00 | REVIEW TRANSCRIPT RE: VA DEPOSITION OF BURGSTAHLER; EMAIL COMMUNICATIONS WITH CHRIS RE: ----------; TELEPHONE CALL WITH CHRIS RE: ----------; REVIEW EMAIL COMMUNICATIONS FROM JOENS RE: CANCELLING DEPOSITION BECAUSE NO STARTING TIME PROVIDED |
| 170 | 164 | 10/15/2018 | PRR | 1.00 | 490.00 | $490.00 | REVIEW EMAILS BETWEEN B. PEREZ AND S. NOVAK RE: DAILY WORK REPORTS; EMAIL COMMUNICATIONS WITH CHRIS RE: ---------- |
| 171 | 165 | 10/16/2018 | PRR | 0.50 | 490.00 | $245.00 | REVIEW EMAIL COMMUNICATIONS FROM JOENS RE: BURGSTAHLER HAVING NO KNOWLEDGE; TELEPHONE CALL WITH CHRIS RE: ---------- |
| 172 | 166 | 10/16/2018 | PRR | 1.30 | 490.00 | $637.00 | REVIEW DEFENDANTS' MEDIATION STATEMENT; EMAIL COMMUNICATIONS WITH CHRIS RE: ----------; TELEPHONE CALL WITH CHRIS RE: ----------; RESEARCH RE: AZ WAGE ACT |
| 173 | 167 | 10/17/2018 | PRR | 1.00 | 490.00 | $490.00 | REVIEW DOCUMENTS PRODUCED BY DEFENDANTS; CONTINUE PREPARATION OF MEDIATION STATEMENT; EMAIL COMMUNICATIONS AND TELEPHONE CALL WITH CHRIS RE: ---------- |
| 174 | 168 | 10/17/2018 | PRR | 1.00 | 490.00 | $490.00 | RESEARCH RE: RECOVERY OF ATTORNEY'S FEES |
| 175 | 169 | 10/18/2018 | PRR | 1.00 | 490.00 | $490.00 | REVISE CHRIS' DRAFT MEDIATION STATEMENT; EMAIL COMMUNICATIONS WITH CHRIS RE: ----------; REVIEW PLAINTIFFS' THIRD AMENDED RULE 26 DISCLOSURES; EMAIL COMMUNICATIONS WITH CHRIS RE: ---------- |
| 176 | 170 | 10/18/2018 | PRR | 0.50 | 490.00 | $245.00 | REVIEW FINAL MEDIATION STATEMENT AND EMAIL TO MEDIATOR RE: SAME; EMAIL COMMUNICATIONS WITH CHRIS RE: ---------- |
| 177 | 171 | 10/19/2018 | PRR | 0.40 | 490.00 | $196.00 | TELEPHONE CALL WITH CHRIS RE: ---------- |
| 178 | 172 | 10/22/2018 | PRR | 0.80 | 490.00 | $392.00 | TELEPHONE CALL WITH CHRIS RE: ----------; RESEARCH RE: MOTION FOR ATTORNEY'S FEES |
| 179 | 173 | 10/22/2018 | PRR | 1.00 | 490.00 | $490.00 | TELEPHONE CALL FROM CHRIS RE: ----------; RESEARCH RE: EXECUTION AND COLLECTION RULES IN VA |
| 180 | 174 | 10/22/2018 | PRR | 1.00 | 490.00 | $490.00 | REVIEW EMAIL FROM CHRIS RE: ----------; REVIEW SAME; REVIEW DRAFT OF FEE PETITION PACKAGE; RESEARCH RE: SAME; REVIEW SETTLEMENT AGREEMENT FROM MEDIATION |
| 181 | 175 | 10/29/2018 | PRR | 0.60 | 490.00 | $294.00 | TELEPHONE CALL WITH VAN RE: ----------; PREPARE SAME; EMAIL COMMUNICATIONS WITH CHRIS RE: ---------- |
| 182 | 176 | 10/30/2018 | PRR | 1.00 | 490.00 | $490.00 | CONTINUE PREPARATION OF FEE PETITION AND DECLARATION; EMAIL COMMUNICATIONS WITH CHRIS RE: ---------- |
| 183 | 177 | 10/31/2018 | PRR | 0.80 | 490.00 | $392.00 | REVIEWED COURT-STAMPED MEDIATION REPORT; RESEARCH RE: CONTENT OF PETER ROSENZWEIG DECLARATION; CONTINUE PREPARATION OF SAME; EMAIL COMMUNICATIONS WITH CHRIS RE: ---------- |
| 184 | 178 | 11/01/2018 | PRR | 2.00 | 490.00 | $980.00 | PREPARE FEE PETITION AND PETER ROSENZWEIG DECLARATION; EMAIL COMMUNICATIONS WITH CHRIS RE: ----------; REVIEW JOENS' REVISED DRAFT OF SETTLEMENT AGREEMENT; EMAIL COMMUNICATIONS WITH CHRIS RE: ---------- |
| 185 | 179 | 11/02/2018 | PRR | 0.30 | 490.00 | $147.00 | REVIEW COURT-STAMPED POST-MEDIATION STATUS CONFERENCE REPORT; TELEPHONE CALL WITH CHRIS RE: ---------- |
| 186 | 180 | 11/02/2018 | PRR | 0.40 | 490.00 | $196.00 | PREPARE BREAKDOWN OF STIPULATED JUDGMENT TOTAL; EMAIL COMMUNICATIONS WITH CHRIS RE: SAME; REVIEW EMAIL COMMUNICATIONS FROM CHRIS AND JOENS RE: TAXATION OF PTO IN 2017 |
| 187 | 181 | 11/05/2018 | PRR | 0.60 | 490.00 | $294.00 | REVIEW EMAIL COMMUNICATIONS FROM CHRIS AND JOENS RE: EDITS TO SETTLEMENT AGREEMENT FOR TAXATION OF PTO PAYMENT; TELEPHONE CALL WITH CHRIS RE: ----------; CONFERENCE WITH J. SCHAPIRO RE: ---------- |
| 188 | 182 | 11/06/2018 | PRR | 0.70 | 490.00 | $343.00 | REVIEW EMAIL FROM CHRIS RE: JOENS' EDITS TO SETTLEMENT AGREEMENT FOR 2017 TAXES; REVIEW SAME; REVIEW COPIES OF SETTLEMENT CHECKS; EMAIL COMMUNICATIONS WITH CHRIS RE: ---------- |
| 189 | 183 | 11/06/2018 | PRR | 0.50 | 490.00 | $245.00 | RESEARCH RE: COLLECTION PROCESS AND RULES IN VA; EMAIL COMMUNICATIONS WITH CHRIS RE: ---------- |
| 190 | 184 | 11/07/2018 | PRR | 0.60 | 490.00 | $294.00 | RESEARCH RE: STIPULATED FINAL JUDGMENT AND ORDER; PREPARE DRAFT OF SAME; EMAIL COMMUNICATIONS WITH CHRIS RE: ---------- |
| 191 | 185 | 11/07/2018 | PRR | 0.70 | 490.00 | $343.00 | REVIEW EMAIL FROM CHRIS RE: DRAFT OF STIPULATED JUDGMENT; PROOF/ REVISE SAME; EMAIL REVISED DRAFT TO CHRIS |
| 192 | 186 | 11/08/2018 | PRR | 0.20 | 490.00 | $98.00 | REVIEW EMAIL COMMUNICATIONS FROM CHRIS AND JOENS RE: CONFIRMATION OF NO TAX FORMS FOR VAN; EMAIL COMMUNICATIONS WITH CHRIS RE: ---------- |

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 193 | 187 | 11/09/2018 | PRR | 0.90 | 490.00 | $392.00 | REVIEW EMAIL FROM JOENS AND CHRIS RE: DEFENDANTS' ISSUE WITH ALLOCATION OF JUDGMENT AMOUNT; PREPARE MEMO TO CHRIS RE: EXPLANATION OF ALLOCATION; TELEPHONE CALL WITH CHRIS RE: ---------- |
| 194 | 188 | 11/14/2018 | PRR | 0.50 | 490.00 | $245.00 | REVIEW EMAIL COMMUNICATIONS FROM CHRIS AND JOENS RE: STATUS OF STIPULATED JUDGMENT AND SETTLEMENT AGREEMENT; TELEPHONE CALL WITH CHRIS RE: ---------- |
| 195 | 189 | 11/15/2018 | PRR | 0.40 | 490.00 | $196.00 | EMAIL COMMUNICATIONS WITH CHRIS AND JOENS RE: STATUS OF SETTLEMENT CHECKS AND FILING SETTLEMENT DOCUMENTS; EMAIL COMMUNICATIONS WITH PLAINTIFFS RE: ----------; TELEPHONE CALL WITH CHRIS RE: ---------- |
| 196 | 190 | 11/19/2018 | PRR | 0.20 | 490.00 | $98.00 | MULTIPLE EMAIL COMMUNICATIONS WITH CHRIS RE: ---------- |
| 197 | 191 | 11/20/2018 | PRR | 1.00 | 490.00 | $490.00 | REVIEW INCEPTION TO DATE BILLING STATEMENT; CONTINUE PREPARATION OF DECLARATION FOR FEE PETITION; EMAIL COMMUNICATIONS WITH CHRIS RE: ----------; REVIEW FINAL STIPULATED JUDGMENT AND SETTLEMENT AGREEMENT FOR FILING; EMAIL COMMUNICATIONS WITH CHRIS RE: ---------- |
| 198 | 192 | 11/21/2018 | PRR | 0.50 | 490.00 | $245.00 | REVIEW FINAL DRAFTS OF STIPULATED JUDGMENT AND SETTLEMENT AGREEMENT; MULTIPLE EMAIL COMMUNICATIONS WITH CHRIS RE: ----------; REVIEW PACER DOCKET RE: FILING OF SAME |
| 199 | 193 | 11/26/2018 | PRR | 0.50 | 490.00 | $245.00 | EMAIL COMMUNICATIONS WITH CHRIS RE: FILING SETTLEMENT AGREEMENT AND STIPULATED JUDGMENT; REVIEW DRAFTS TO BE FILED; REVIEW EMAILS FROM JOENS RE: SAME; REVIEW COURT-STAMPED COPY OF SAME |
| 200 | 194 | 11/26/2018 | PRR | 0.10 | 490.00 | $49.00 | EMAIL COMMUNICATIONS WITH CHRIS RE: ---------- |
| 201 | 195 | 11/28/2018 | PRR | 0.30 | 490.00 | $147.00 | REVIEW COURT-STAMPED STIPULATED JUDGMENT; EMAIL COMMUNICATIONS WITH CHRIS RE: ---------- |
| 202 | 196 | 11/29/2018 | PRR | 2.00 | 490.00 | $980.00 | RESEARCH RE: JUDGMENT TRANSFER AND COLLECTION PROCESS IN VA; EMAIL COMMUNICATIONS WITH CHRIS RE: ---------- |
| 203 | 197 | 11/30/2018 | PRR | 1.50 | 490.00 | $735.00 | RESEARCH RE: PROCESS TO TRANSFER JUDGMENT TO VA AND EXECUTE; PREPARE NOTES TO FILE RE: SAME |
| 204 | | | | | | | |
| 205 | | | | 152.30 | | $74,018.50 | |
| 206 | | | | | | | |
| 207 | | | | | | | |
| 208 | | | ATTORNEY | TOTAL HOURS | HOURLY RATE | | TOTAL |
| 209 | | | | | | | |
| 210 | | | PRR | 2.3 | $475 (2017) | | $1,092.50 |
| 211 | | | PRR | 137.3 | $490 (2018) | | $67,277 |
| 212 | | | | | | | |
| 213 | | | PGG | 12.4 | $465 | | $5,766 |
| 214 | | | | | | | |
| 215 | | | JJV | 0.3 | $360 | | $108 |