# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| VAN ALDRIDGE, an individual; and GERMAIN PARRA, an individual.<br><br>Plaintiffs,<br><br>v.<br><br>TECHNOLOGY AND SUPPLY MANAGEMENT, LLC a Virginia Limited Liability Company; SCOTT J. NOVAK, an individual, and DOES 1-10.<br><br>Defendants. | Case No. CV 18-1081-GW-AGRx<br><br>**FINAL JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Following the Stipulated Judgment entered November 28, 2018 (Dkt. 45), the Bill of Costs entered January 23, 2019 (Dkt. 52), and the Order re Plaintiffs' Motion for Attorneys' Fees and Costs entered January 28, 2019 (Dkt. 53), IT IS HEREBY ORDERED that:

1. A judgment for monetary relief and damages is entered in favor of Plaintiffs Van Aldridge and German Parra ("Plaintiffs") and against Defendant Technology and Supply Management, LLC ("TaSM") as follows:

    a. In favor of Plaintiff Aldridge in the amount of $16,900; and

    b. In favor of Plaintiff Parra in the amount of $15,600.

2. A judgment of dismissal with prejudice is entered in favor of Defendant Scott J. Novak for all claims and allegations in the Second Amended Complaint.

3. As the prevailing parties, Plaintiffs shall have and recover from TaSM attorneys' fees in the sum of one hundred and two thousand, nine hundred and thirty-six dollars and zero cents ($102,936.00).

4. As the prevailing party, Plaintiffs shall have and recover from TaSM costs in the amount of one thousand twelve dollars and seventy-five cents ($1,012.75).

5. Post-judgment interest in the amount of 2.44% per annum shall continue to accrue on the total amount of the judgment pursuant to 28 U.S.C. section 1961(a), from the date on which this judgment is entered, until the judgment is paid in full.

**IT IS SO ORDERED.**

DATED: February 4, 2019

_____
Hon. George H. Wu
United States District Judge